AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**EASTERN** District of **KENTUCKY**

iLOR, LLC
1710 Alexandria Dr., Ste. 4
Lexington, KY 40504

V.

GOOGLE, INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-109-JMH

TO: (Name and address of Defendant)

GOOGLE, INC.
c/o CSC - Lawyers Incorporating Service
PO Box 526036
Sacramento, CA 95852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Grogan Faller
David E. Schmit
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer                                    4-17-07
CLERK                                                 DATE

(By) DEPUTY CLERK