UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

GENERAL ORDER NO. 06-__6__

IN RE:　　Rule 7.1 Corporate Disclosure Statement

**STANDING ORDER**

A non-governmental party to an action or proceeding in a district court with its first appearance, pleading, petition, motion, response or other request addressed to the court must file a corporate disclosure statement in compliance with Federal Rule of Civil Procedure 7.1 . Whereas, a review of the court's docket has revealed numerous instances of non-compliance with Federal Rule of Civil Procedure 7.1 and the Court being sufficiently advised;

**IT IS HEREBY ORDERED BY THE COURT:**

1)　　That the Clerk is **DIRECTED** to send a Notice of Deficiency allowing counsel ten (10) days to cure the deficiency when a Rule 7.1 disclosure statement is absent upon the filing of an initial pleading by a non-governmental corporate party.

2)　　That the Clerk is further **DIRECTED** to submit the case to the presiding judge for consideration of taking action to **STRIKE** the initial pleading from the record when the deficiency has not been cured at the expiration of ten (10) days.

　　　This 15th day of May, 2006.

Case 5:07-cv-00109-JMH     Document 3     Filed 04/18/2007     Page 2 of 2



Signed By:
*Joseph M. Hood*
United States District Judge