# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
### at LEXINGTON

**iLOR, LLC,**　　　　　　　　　　　　　　　:　　Case No.: 5:07-cv-00109-JMH
　　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　　:　　**PLAINTIFF'S CORPORATE DISCLOSURE**
　　　　　　　　　　　　　　　　　　　　　:　　**STATEMENT**
　　　　　　　　　　　　　　　　　　　　　:
**GOOGLE, INC.,**　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant.　　　　　　　　　　　:

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff iLOR, LLC states that it has no parent corporation, and that there is no publicly held corporation that owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　s/ Susan Grogan Faller
　　　　　　　　　　　　　　　　　　　Susan Grogan Faller (82812)
　　　　　　　　　　　　　　　　　　　Frost Brown Todd LLC
　　　　　　　　　　　　　　　　　　　2200 PNC Center
　　　　　　　　　　　　　　　　　　　201 East Fifth Street
　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202-4182
　　　　　　　　　　　　　　　　　　　(513) 651-6641 Phone
　　　　　　　　　　　　　　　　　　　(513) 651-6981 Fax
　　　　　　　　　　　　　　　　　　　sfaller@fbtlaw.com

　　　　　　　　　　　　　　　　　　　David E. Schmit (Ohio Bar #0021147)
　　　　　　　　　　　　　　　　　　　Frost Brown Todd LLC
　　　　　　　　　　　　　　　　　　　2200 PNC Center
　　　　　　　　　　　　　　　　　　　201 East Fifth Street
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　 (513) 651-6985 Phone
　　　　　　　　　　　　　　　　　　　 (513) 651-6981 Fax
　　　　　　　　　　　　　　　　　　　dschmit@fbtlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　*iLOR, LLC.*