# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### at LEXINGTON

| | | |
|---|---|---|
| **iLOR, LLC,** | : | **Case No.: 5:07-cv-00109** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **ELECTRONICALLY FILED** |
| | : | |
| | : | |
| **GOOGLE, INC.,** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO ADMIT
## NON-ADMITTED ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.2, Susan Grogan Faller moves the honorable Court for admission of David E. Schmit, as attorney *pro hac vice* for Plaintiff, iLOR, LLC, in the above-referenced case, and states as follows:

1.    David E. Schmit (Ohio Bar No. 0021147) is an attorney at Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio  45202, Telephone:  (513) 651-6985, email: dschmit@fbtlaw.com.

2.    Pursuant to Local Rule 83.2, attached hereto are the following:

a.    Affidavit identifying the bar and courts to which David E. Schmit is admitted and is a member in good standing, and written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3.    Attorney Susan Grogan Faller, who is a member in good standing of the bar of the United States District Court for the Eastern District of Kentucky will serve as local counsel for

Dockets.Justia.com

Plaintiff, iLOR, LLC, and be associated with this action.

WHEREFORE, in accordance with Local Rule 83.2, we respectfully request admission

for David E. Schmit to this Court as attorney *pro hac vice* for Plaintiff.

Respectfully submitted,

s/ Susan Grogan Faller
Susan Grogan Faller (82812)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6641 Phone
(513) 651-6981 Fax
sfaller@fbtlaw.com

*Attorney for Plaintiff,*
*iLOR, LLC*