IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| **iLOR, LLC,** | : Case No.: 5:07-cv-00109 |
| Plaintiff, | : |
| v. | : ELECTRONICALLY FILED |
| **GOOGLE, INC.,** | : |
| Defendant. | : |

### AFFIDAVIT AND WRITTEN CONSENT OF DAVID E. SCHMIT

1. My name is David E. Schmit and I am counsel with the law firm of Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202. My telephone number is (513) 651-6985, and my facsimile number is (513) 651-6981.

2. I have been a member of the Ohio Bar since 1975 and also a member of the Bar of the United States Supreme Court, the Federal Circuit Court of Appeal and the Sixth Circuit Court of Appeals, the Southern District Court of Ohio, the Northern District Court of Ohio, the Western District Court of Michigan, and the Western District of Wisconsin

3. I am a member in good standing of each of the courts listed above. I am not aware of any disciplinary actions pending against me in any jurisdiction, and I am not currently disbarred or suspended in any jurisdiction.

4. Susan Gorgan Faller has moved the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, for my admission to practice before the Court *pro hac vice*, representing the Plaintiff, iLOR, LLC in the above-referenced action.

5. I agree to be subject to the Jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

David E. Schmit
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6985 Phone
(513) 651-6981 Fax
dschmit@fbtlaw.com

STATE OF OHIO         )
                      ) SS:
COUNTY OF HAMILTON    )

Sworn to and acknowledged before me and subscribed in my presence by David E. Schmit, this 20th day of April, 2007.

Elizabeth A. Middleton
NOTARY PUBLIC

My Commission Expires: _____

ELIZABETH A. MIDDLETON
Notary Public, State of Ohio
My Commission Expires 05-19-08

LOULibrary 0100128.0541742 624885v.1