# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## at LEXINGTON

| | | |
|---|---|---|
| **iLOR, LLC,** | : | Case No.: 5:07-cv-00109 |
| Plaintiff, | : | |
| v. | : | **ELECTRONICALLY FILED** |
| **GOOGLE, INC.,** | : | |
| Defendant. | : | |

### ORDER

On this date came to be considered the Plaintiff's Motion for Attorney David E. Schmit, Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202 to appear *pro hac vice* in the above-styled action. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that David E. Schmit be granted leave to appear before this Court *pro hac vice* for the purpose of representing Plaintiff, iLOR, LLC in the above-styled action.