IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Eastern District of Kentucky
FILED
APR 2 3 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | | |
|---|---|---|
| iLOR, LLC, | : | Case No.: 5:07-cv-00109 |
| Plaintiff, | : | |
| v. | : | ELECTRONICALLY FILED |
| GOOGLE, INC., | : | |
| Defendant. | : | |

## ORDER

On this date came to be considered the Plaintiff's Motion for Attorney David E. Schmit, Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202 to appear *pro hac vice* in the above-styled action. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that David E. Schmit be granted leave to appear before this Court *pro hac vice* for the purpose of representing Plaintiff, iLOR, LLC in the above-styled action.

This the 23d day of April, 2007.

Joseph M. Hood, Chief Judge