AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __KENTUCKY__

iLOR, LLC
1710 Alexandria Dr., Ste. 4
Lexington, KY 40504

V.

GOOGLE, INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-109-JMH

TO: (Name and address of Defendant)

GOOGLE, INC.
c/o CSC - Lawyers Incorporating Service
PO Box 526036
Sacramento, CA 95852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Grogan Faller
David E. Schmit
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer                                          4-17-07

CLERK                                                       DATE

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  14 AUGUST 2007 |
| NAME OF SERVER (PRINT)  DAVID E. SCHMIT | TITLE  ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE ON DEFENDANT'S COUNSEL BY E-MAIL AND OVERNIGHT DELIVERY BY AGREEMENT OF THE PARTIES

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  20 AUG 2007     *David E. Schmit*
             Date             Signature of Server

2200 PNC CENTER, CINCINNATI, OH 45202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.