**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **iLOR, LLC** | : | |
| | : | **Case No. 5:07 – CV – 00109 - JMH** |
| Plaintiff, | : | **Chief Judge Joseph M. Hood** |
| | : | |
| v. | : | |
| | : | |
| **GOOGLE, INC.** | : | **PLAINTIFF'S MOTION FOR** |
| | : | **PRELIMINARY INJUNCTION** |
| | : | |
| Defendant | : | |

Pursuant to Civil Rule 65, Plaintiff iLOR, LLC ("iLOR") requests a preliminary

injunction prohibiting Google, Inc. (Google) from using or inducing others to use the Google

Notebook in a manner which infringes claim 26 of U.S. Patent 7,206,839.

This Motion is based upon the attached Memorandum in Support.

Respectfully submitted,

s/ Susan Grogan Faller
Susan Grogan Faller (82812)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6641 Phone
(513) 651-6981 Fax
sfaller@fbtlaw.com

David E. Schmit (Ohio Bar #0021147)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
 (513) 651-6985 Phone
 (513) 651-6981 Fax
dschmit@fbtlaw.com

*Attorneys for Plaintiff*
*iLOR, LLC.*

1

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of August, 2007, the foregoing was filed with the clerk of the court by using the CM/ECF system.  This further certifies that on this same date, a true and correct copy of the foregoing document and the notice of electronic filing has been served upon Counsel for Defendant, by e-mail and overnight mail to the following:

Frank E. Scherkenbach, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com
Attorney for the Defendant

s/  Susan Grogan Faller

2