UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| **iLOR, LLC** | : | |
| | : | Case No. 5:07 – CV – 00109 - JMH |
| **Plaintiff,** | : | Chief Judge Joseph M. Hood |
| | : | |
| **v.** | : | |
| | : | |
| **GOOGLE, INC.** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

This Court, having considered Plaintiff's Motion for a preliminary injunction, HEREBY

ORDERS THAT Plaintiff's Motion is, GRANTED.

_____          _____
Date                              United States District Judge

Proposed by:

s/ Susan Grogan Faller
Susan Grogan Faller (82812)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6641 Phone
(513) 651-6981 Fax
sfaller@fbtlaw.com

David E. Schmit (Ohio Bar #0021147)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
 (513) 651-6985 Phone
 (513) 651-6981 Fax
dschmit@fbtlaw.com

*Attorneys for Plaintiff
iLOR, LLC.*

CINLibrary 0111090.0549889 1768614v2

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of August, 2007, a true and correct copy of the foregoing has been served upon Counsel for Defendant, by e-mail and overnight mail, addressed as follows:

> Frank E. Scherkenbach, Esq.
> Fish & Richardson P.C.
> 225 Franklin Street
> Boston, MA 02110-2804
> scherkenbach@fr.com
> Attorney for the Defendant

s/ Susan Grogan Faller