# Danny Sullivan (technologist)

*Your continued donations keep Wikipedia running!*

EXHIBIT D

From Wikipedia, the free encyclopedia

**Danny Sullivan** is the editor-in-chief of Search Engine Land, a blog that covers news and information about search engines, and search marketing. Search Engine Land is owned by Third Door Media, of which Danny Sullivan is partner and chief content officer. Third Door Media also owns and operates other search related companies, including Search Marketing Now, which provides webcasts and webinars, both live and on demand, about web marketing; and Search Marketing Expo, a search engine marketing conference.[1][2]


Danny Sullivan

## Contents

- 1 Biography
- 2 Affiliated Websites
    - 2.1 Search Engine Watch
    - 2.2 Search Engine Land
- 3 References
- 4 External links

## Biography

Sullivan was born in 1965 and raised in Newport Beach, California. His name is Danny, not Daniel.[3] He graduated from the University of California, Irvine and spent a year in England working for the BBC. He married his wife while there and moved back to California where he worked in the graphic design department and was a reporter for the *Los Angeles Times* and *The Orange County Register*.[4][5] He then moved to Chitterne, a small village in England with his wife and two sons.[4]


Danny Sullivan at the 2006 Search Engine Strategies conference, Chicago.

## Affiliated Websites

### Search Engine Watch

Sullivan started Search Engine Watch in June 1997 after he posted research about search engines, called *A Webmaster's Guide To Search Engines*, in April 1996. Search Engine Watch was a website with tips on how to get good search engine results. Shortly after beginning in November that year, he sold it for an undisclosed amount to MecklerMedia (now Jupitermedia). He stayed on to maintain the site, and be the editor-in-chief.[6] In 2006, it was sold to Incisive Media for $43 million. Search Engine Watch is considered by Matt Cutts, Google, as "must reading," and Tim Mayer, Yahoo!, as the "most authoritative source on search."[4]

He has also staged the Search Engine Strategies conference six times each year, attracting 1,500 to 6,000

attendees each time.[4] On August 29, 2006, Sullivan announced he would be leaving Search Engine Watch on November 30, 2006, he later came to an agreement with Jupitermedia to continue participating in SES through 2007.[7][8][9]

**Search Engine Land**

**Search Engine Land** is a news web site that covers search engine marketing and search engine optimization. It was founded in 2006 by Sullivan after he left Search Engine Watch. Search Engine Land stories have been cited numerous times by other media outlets.[10][11][12]

Search Engine Land reports that it attracted 95,000 unique users in February, 2007, representing 15% of the world market for search advertising. This user group spends approximately US$1.5 billion per annum.[13]

# References

1. ^ SMX: The Search Marketing Expo Conference Series (http://searchmarketingexpo.com/), SMX
2. ^ Our Brands (http://thirddoormedia.com/brands.shtml), Third Door Media
3. ^ 25 Things I Hate About Google (http://blog.searchenginewatch.com/blog/060313-161500). blog.searchenginewatch.com. Retrieved July 3, 2007.
4. ^ $^{a\ b\ c\ d}$ Jefferson Graham: Got a search engine question? Ask Mr. Sullivan (http://www.usatoday.com/tech/news/2006-08-01-sullivan-search_x.htm), 8/1/2006, USA Today
5. ^ Elizabeth Stone: Helping Webmasters Land in Search Engines' Nets (http://www.nytimes.com/library/tech/00/03/circuits/articles/23sull.html), March 23, 2000, New York Times
6. ^ History of Search Engine Watch (http://searchenginewatch.com/showPage.html?page=2155701), Search Engine Watch, November 20, 1997
7. ^ Stepping Down From Search Engine Watch (http://blog.searchenginewatch.com/blog/060829-063058), SEW Blog
8. ^ Leaving Search Engine Watch (http://daggle.com/060829-112950.html), Daggle
9. ^ Daggle (http://daggle.com/061023-150510.html), Oct 23, 2006, Danny Sullivan
10. ^ Google offers free voice-activated local search (http://news.com.com/2060-10800_3-0.html), CNET News.com, April 6, 2007
11. ^ After Long Delays, Yahoo Launches Panama Ranking System (http://www.marketingvox.com/archives/2007/02/06/after-long-delays-yahoo-launches-panama-ranking-system/), MarketingVOX, Feb 6, 2007
12. ^ AFP and Google News settle lawsuit (http://today.reuters.co.uk/news/articlenews.aspx?type=internetNews&storyID=2007-04-07T201241Z_01_N07281154_RTRIDST_0_OUKIN-UK-GOOGLE-AFP.XML), Reuters UK, Apr 7, 2007
13. ^ Search Engine Land.com Readers Spend More than $1.5 Billion on Interactive Marketing for Their Companies and Clients (http://www.financevisor.com/market/news_detail.aspx?rid=55613), FinanceVisor, April 16, 2007

# External links

- Calafia Consulting (http://www.calafia.com/), Sullivan's consulting business
- Daggle (http://www.daggle.com/), Sullivan's personal blog
- Third Door Media (http://thirddoormedia.com/)
- Search Engine Land (http://www.searchengineland.com/)

- Search Marketing Expo (http://searchmarketingexpo.com/)
- Search Marketing Now (http://searchmarketingnow.com/)

Retrieved from "http://en.wikipedia.org/wiki/Danny_Sullivan_%28technologist%29"

Categories: 1965 births | University of California, Irvine alumni | Search engine optimization consultants | Living people

- This page was last modified 18:55, 15 July 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.