## About Search Engine Watch

About Search Engine Watch provides tips and information about searching the web, analysis of the search engine industry and help to site owners trying to improve their ability to be found in search engines. The links below provide more information about the site and its operation.

Free Search Engine Newsletters
Search Engine Web Feeds
Contacting Search Engine Watch
Search Engine Watch's Staff
Search Engine Watch Membership Page
Getting Covered In Search Engine Watch
Advertising In Search Engine Watch
History of Search Engine Watch
Awards Received By Search Engine Watch
Privacy Policy For Search Engine Watch



EXHIBIT
E

http://searchenginewatch.com/showPage.html?page=about                8/24/2007