Incisive Media Plc           Page 1 of 3



**Latest...**

20 July 2007
Incisive Media Acquires Global Technology Forum Ltd

11 July 2007
AccountancyAge.com wins Tabbie award

1 June 2007
Incisive Media Acquires Central Banking Publications Ltd

For company news, click here

For share price information and LSE company news, click here

about » incisive media

### About Incisive Media

**Incisive Media** is a fast growing specialist business information provider operating in eight core markets, **financial risk management**, **retail investment**, **insurance**, **mortgage**, **capital markets/financial IT**, **marketing**, **photographic** and **Private Equity**. The Group delivers key information to defined target audiences across a variety of platforms including magazines, conferences and exhibitions, websites, newsletters, **contract publishing** and databases.

**Click here to view Incisive Media's four Divisions**.

| History: | |
|---|---|
| February 2007 | **Incisive Media** acquire **VNU Business Publications Ltd** |
| November 2006 | **Incisive Media** acquire **MSM International Limited** |
| June 2006 | **Incisive Media** acquire **AVCJ Group Limited** |
| April 2006 | **Incisive Media** acquire **Centre for Interactive Financial Training (CIFT) Ltd** |
| September 2005 | **Incisive Media** acquire **Global Professional Media Limited** |
| August 2005 | **Incisive Media** acquire **Search Engine Strategies.** |
| April 2004 | **Incisive Media** acquire **Initiative Europe Ltd.** |
| July 2003 | **Incisive Media** acquire **Insurance age** |
| May 2003 | **Incisive Media** acquire **Risk Waters Group** |
| August 2001 | **Incisive Media** acquired **Matching Hat Limited** for a total initial consideration of £4.2 million. |
| June 2001 | **Tim Weller** named **Business Services Entrepreneur of the Year 2001** |
| December 2000 | **Incisive Media** achieved a listing on the main market of the **London Stock Exchange** at an issue price of 143p per share. |
| August 2000 | Acquired **Bloomberg** stake in **Bloomberg Money** |
| July 2000 | **Incisive Media** was formed in July 2000 following the acquisition of **Timothy Benn Publishing ('TBP')** by CFC. |



EXHIBIT F

http://www.incisivemedia.com/public/showPage.html?page=11338        8/24/2007

| | |
|---|---|
| May 1999 | **International Investment, PPA International Business Magazine of the Year.** |
| May 1998 | **PPA Publisher of the Year.** |
| February 1998 | **Bloomberg Money** launched as a joint venture with **Bloomberg**. |
| May 1997 | **PPA Publisher of the Year.** |
| May 1997 | **Investment Week, PPA Business Magazine of the Year.** |
| January 1995 | **CFC** Launched **Investment Week**. |
| November 1994 | **City Financial Communications ('CFC')** founded. |

**City Financial Communications** ('CFC') was founded in 1994 by **Incisive Media** Chief Executive **Tim Weller** to launch **Investment Week**.

The company grew turnover and profits respectively by a compound rate of 46% and 100% in the period 1995-1999 by becoming the leading provider of business information to the UK personal finance industry.

The company was re-branded as **Incisive Media** following CFC's acquisition of **Timothy Benn Publishing ('TBP')**. Timothy Benn Publishing was founded in 1982 and was communications group providing business information to the insurance and photographic markets.

**Incisive Media** achieved a London Stock Exchange main market listing in December 2000, raising £34.7 million.

In August 2001, **Incisive Media Plc** acquired **Matching Hat Limited** for a total initial consideration of £4.2 million. **Matching Hat** is an award winning and leading provider of mortgage information aimed at both the specialist consumer and business-to-business markets. **Matching Hat** delivers information across a variety of platforms and through a range of products including **Your Mortgage** and **Your Money** magazines, as well as online services such as **yourmortgage.co.uk** and multiplatform interactive TV (**YMiTV**) currently delivered via broadband and narrowband web, ADSL and digital cable.

In May 2003, **Incisive Media** acquired **Risk Waters Group**, a highly respected financial information provider with market leading positions in a number of specialised financial sectors. The **Risk Waters Group** delivers this information across a variety of platforms including magazines, conferences, training events, newsletters, books, reference products, journals, on-line publishing and on-line services. It is based in the UK but also has operations in New York and Hong Kong.

The **Risk Waters Group** grew out of just one magazine, **Risk**, which Peter Field conceived and established on behalf of Emap plc in 1987. A former financial journalist, Peter Field set up his own company to buy the magazine from Emap in May 1988 and this company was the precursor of **Risk Waters Group**. The **Risk Waters Group** has developed the **Risk** brand and expanded into other related areas, so that the company now possesses a wide range of products and services dedicated not only to risk management but also to energy and power, credit, foreign exchange, financial technology, market data and computational finance.

The financial technology and market data products and services were acquired in July 1999 from **Waters Information Services**, Inc. in New York. The acquired assets included **Waters** magazine, the newsletters **Trading Technology Week, Inside Market Data, FX Week,** Risk Management Operations (now **Operational Risk**) and Investment

Management Technology (now **BuySide IT**), quarterly and annual reference products on market data and a training business.



© Incisive Media Ltd. 2007 | Jobs at Incisive Media | Terms & Conditions | Privacy Policy | Accessibility Stateme