

## iLOR Makes Google Even Better

By Danny Sullivan, April 19, 2001

iLOR is a new search service that takes the power and relevancy of Google's results and adds on some nifty features that many searchers may find useful.

After performing a search, iLOR brings back Google results. Unlike Google, you can hover over any of the listings to reveal four options called "LORlinks."

The "Put In My List" option adds the listings to a new browser window that opens up. You can then continue to pick out all the listings you are interested in, building up a custom list of your picks. The list can also be emailed or added to your bookmarks.

The "Go Now" option is very nice for those who want to explore a particular listing but then hate hitting the "Back" button to get back to their original search results. When you use Go Now, a new window opens that "anchors" you to the original search results. Whenever you want to return to them, you just use the link in the anchor window to get back instantly.

The "Open In Task Bar" option opens the listing in a new window, but it then immediately minimizes the window, so you can still see the original results list. I'm one of those people who constantly opens new windows from results, and if you are like me, this will save you from window clutter.

The "Open In New Window" option does exactly that, opening the listing in a new window without minimizing it. This is the least spectacular option, since right-clicking on a listing usually brings up opening a result in a new window as an available choice.

The iLOR site also allows you to customize the colors used in the service.

Not only are the LORlink options useful, but they also require nothing to download. If you use Internet Explorer, the LORlinks appear, ready to use. The options are also supposed to work to some degree with Netscape Communicator and the AOL browser. However, I couldn't get the iLOR site to load at all in my copy of Communicator 4.6.

Check out the site. The features are useful, enough so that you'll probably wonder why they aren't available at Google itself, as well as other search engines

iLOR
http://www.ilor.com/

Back to Article

EXHIBIT G



AUTHENTICATION & ONLINE TRUST SUMMIT 2007

http://searchenginewatch.com/2163651/print   8/24/2007

Dockets.Justia.com

Send us feedback! | Technical questions or bug reports? | Newsletter problems or issues? | Receive news and information via ClickZ XML/RSS feeds.

Incisive Interactive Marketing LLC. 2007 All rights reserved. | Legal Notices, Licensing, Reprints & Permissions | Privacy Policy