

Enter Symbol(s) or Keyword(s) [GO] Advanced Search >

Learn more about the next step beyond mutual funds



Go back to
MarketWatch.com
**Front Page**

**Company Information >**
Code of Business
Conduct & Ethics >
Job Openings >
Content Licensing >
Advertising Media Kit >
Radio Media Kit >

**About MarketWatch, Inc.**

MarketWatch, Inc., a wholly-owned subsidiary of Dow Jones & Company, is a leading inno\
real-time commentary and investment tools and data. The Company generates more than '
100 journalists in 10 bureaus in the U.S., London and Hong Kong. In addition to operating t
BigCharts.com, as well as the stock market simulation site, VirtualStockExchange.com, Ma
on the MarketWatch.com Radio Network and offers subscription products for individual inv(
products, Retirement Weekly and ETF Trader. The Company's MarketWatch Licensing Se
data, investment analysis tools and other online applications to financial services firms, me
providers.





EXHIBIT
H

http://www3.marketwatch.com/siteinfo/ | 8/24/2007

Site Index | Archive | Help | Feedback | Membership | Premium Products | RSS | Podcasts | Company Info | A

Dow Jones Online Network:
WSJ.com | Barron's Online | BigCharts | Virtual Stock Exchange | All Things Digital | MarketWatch Sync
CareerJournal.com | CollegeJournal.com | OpinionJournal.com | RealEstateJournal.com | StartupJournal.com

**MarketWatch**

Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

reviewed by
site privacy statement

Intraday data provided by Comstock, a division o
and current end-of-day data provided by FT Inter
current financial status. Intraday data delayed 15
Jones IndexesSM from Dow Jones & Company,
minutes delayed. All quotes are in local exchang