# Answers.com™
Technology

# beta

### AnswerNote

Answers.com

beta

Used in software publishing, "beta" is the name given to a pre-release version of a software product. This beta version is used for testing purposes, is often problematic and thus only available to specific users who are encouraged to provide feedback for improvement. Beta versions are commonly found on company websites and can be downloaded. Many include expiration dates to eliminate proliferation of flawed software.

Last updated: June 07, 2004.

### Dictionary

The American Heritage® dic·tion·ar·ies

**beta version**
*n.*

The version of a software product used in a beta test.

Advertisement



### Computer Encyclopedia

TechWeb TechEncyclopedia



EXHIBIT
J

http://www.answers.com/topic/beta-definition?cat=technology&print=true     8/24/2007

## Shopping

beta        infinity beta
shure beta  beta 50