

Google Notebook FAQ

Google Notebook Home

Take a Tour

FAQ

Privacy Policy

Program Policies

Terms of Service

Download Extension

**Frequently Asked Questions**

Getting Started

1. Why would I want to use Google Notebook?
2. How do I get started?
3. Can I view my Google Notebook in a bigger window?
4. What can I do in the full-page view?
5. Why do I need to download a browser extension?
6. What browsers does the Google Notebook extension support?

Editing and organizing your notebooks

7. How do I add clippings to a notebook?
8. Can I add my own comments to clippings?
9. How can I organize my notes?
10. How do I rename a notebook?
11. How do I delete notes and sections?
12. How do I delete an entire notebook?
13. How can I view all my notebooks?
14. Can I access my notebooks from multiple computers?
15. Can I export my notebooks?

Sharing your notebooks

16. How can I share my notebook with others?
17. How can I revoke access to a shared notebook?
18. If I decide to unpublish my notebook, can others still see it?
19. If someone shares a notebook with me, can I remove it from my notebook list?



EXHIBIT
K

Learn More

20. Why do some public Google Notebook results take me to a 404 error page?
21. How do I uninstall the Google Notebook extension from my computer?
22. How can I send feedback on or report problems about Google Notebook?
23. Where can I discuss Google Notebook with other users?

**1. Why would I want to use Google Notebook?**

With Google Notebook, you can browse, clip, and organize information from across the web in a single online location that's accessible from any computer. Planning a trip? Researching a product? Just add clippings to your notebook. You won't ever have to leave your browser window.

**2. How do I get started?**

Simple. Just sign in to the Google Notebook homepage with your Google

Accounts username and password, then download the Google Notebook browser extension (if you haven't already). As soon as you restart your browser, you'll see a Google Notebook **icon** in the bottom-right corner of your browser window. Click on this icon to open your mini Google Notebook, where you can save all the clips of content you want.

**3. Can I view my Google Notebook in a bigger window?**

Absolutely. While the mini Google Notebook allows you to save clips of information without leaving the webpage you're on, you can organize and review your notebooks most easily in the full-page view. To access the full-page view, just click on the notebook name in your mini Google Notebook, or log in directly at www.google.com/notebook. You can also pop out the mini notebook, using the arrow icon in the titlebar. This enables you to view and edit your notebooks in a movable and re-sizable window, without having to go to the full-page view.

**4. What can I do in the full-page view?**

In the full-page view, you can organize your web clippings, add your own notes and comments, and search over all your notebook content. You can also share your notebooks with others by inviting them to collaborate with you or by publishing your notebooks to the web.

**5. Why do I need to download a browser extension?**

Downloading a browser extension enables you to use the mini Google Notebook. The mini Google Notebook allows you to clip information from the web without ever leaving the page you're on. You'll never again need to toggle between windows, or copy and paste info from your browser window to another application.

**6. What browsers does the Google Notebook extension support?**

To take advantage of Google Notebook's full functionality, you'll need one of these up-to-date browsers:

- Internet Explorer 6 (download: Windows)
- Firefox 1.5+ (download: Windows Linux)

Safari and Opera extensions aren't available at this time, though they may become available in the future.

**7. How do I add clippings to a notebook?**

To add clippings to your Google Notebook, just right-click on the text, image or link you want and click **Note this (Google Notebook)** from the menu. You can also highlight text or images on any webpage, and click on the "Clip" button in your mini notebook.

You can also quickly clip Google search results by clicking on the **Note this** link at the bottom of any search result.

**8. Can I add my own comments to clippings?**

Yes. Just click on the note that contains your clipping, then, in the yellow bar that appears under the note, click on the **Add comment** link. You can then add your

own comments, which will follow the note wherever it goes.

### 9. How can I organize my notes?

You can organize your notes quickly and easily from the full-page view. Add section headings within a notebook by clicking the **New note** button and then on the **add section** link, or rearrange your notes by dragging and dropping them from one section to another (or even from one notebook to another).

### 10. How do I rename a notebook?

In the full-page view, just click on the **Tools** button, then select **Rename notebook**.

### 11. How do I delete notes and sections?

To delete a note or section, select the **Delete** option from the drop-down menu that appears in the upper-right corner of that note or section. When deleting sections, you can choose to just delete the section header or the section header in addition to all the notes it contains.

### 12. How do I delete an entire notebook?

You can delete an entire Google Notebook using the full-page view. Simply click on the title of the notebook you'd like to delete in the left menu, and select **Delete notebook** from the **Tools** drop-down menu. Confirm your request, and you're done.

### 13. How can I view all my notebooks?

From the mini Google Notebook, click the «**Notebooks** link in the title bar. Google Notebook will display a list of all your notebooks with their respective sections. Also, at any time, you can visit the full-page view to access all your notebooks.

### 14. Can I access my notebooks from multiple computers?

Yes. That's one of the best parts about Google Notebook. You can access your notebooks from any computer at any time. Simply log in to your Google Notebook account from www.google.com/notebook. This will give you access to the full-page view of your notebooks. And if the notebook extension/add-on is installed on the computer you're using, you can use the features of the mini Google Notebook, too.

### 15. Can I export my notebooks?

Yes, you can export any notebook to Google Docs and Spreadsheets. There, you can edit your notebook as a document, collaborate with others, or publish it to the world.

### 16. How can I share my notebook with others?

Just click on **Sharing options** in the top-right corner, then you can:

- **Invite collaborators.** Let others add and delete content in your Google Notebook by inviting them to edit. If you invite someone who doesn't have

       a Google account, we'll help them set one up.

- **Create a public webpage.** Publish your notebook to the web, allowing the public to view your notebook's content. We'll include your notebook in Google's search results -- and you can send your notebook's web address to your friends.

**17. How can I revoke access to a shared notebook?**

You can revoke a collaborator's access by removing them from your list. If you've created a webpage for your notebook, you can click on the **No** radio button, which will unpublish your notebook and remove it from Google's search results.

**18. If I decide to unpublish my notebook, can others still see it?**

If you unpublish a notebook, we'll remove it from our search results within a few days.

**19. If someone shares a notebook with me, can I remove it from my notebook list?**

Absolutely. Just click on **Sharing options** in the top-right corner of your notebook, then click on **Remove this notebook**. To regain access to this notebook, you can reuse the link provided in the invitation email.

**20. Why do some public Google Notebook results take me to a 404-error page?**

This will happen when the owner of a public Google Notebook has chosen to make it private again.

**21. How do I uninstall the Google Notebook extension from my computer?**

You can uninstall the Google Notebook extension from your browser at anytime.

If you're using Firefox:

1. Click on **Tools** in the menu toolbar and select **Extensions** (or **Add-ons** in Firefox 2.0).
2. Select **Google Notebook** in the list of extensions.
3. Click on the **Uninstall** button.
4. Restart the browser.

If you're using Internet Explorer:

1. Go to **Control Panel**.
2. Click on **Add or Remove Programs**.
3. Select **Google Notebook** from the list of programs and click on the **Remove** button.
4. Restart the browser.

**22. Where can I send my feedback?**

We'd love to hear what you think. Please write to us from here.

**23. Where can I discuss Google Notebook with other users?**

You can ask questions and share your expertise with others in our Google Notebook discussion group. Please note that Google doesn't moderate this forum.

©2007 - Google Home - Google Notebook Help - Privacy Policy - Terms of Service