

Google Notebook Tour                              Notebook Home



**The mini Google Notebook**

**Access Google Notebook features from any web page.**
Download the extension to access Google Notebook and all its functionality without ever leaving the web page you're on; you can view your notebooks, organize them into sections, add notes of your own, and more. Open and close the mini Google Notebook by simply clicking the notebook icon in your browser's status bar.

**Clip information with a single click.**
Quickly add clippings of web content (images, text and links) straight to your notebook by highlighting the content you want and clicking the "Clip" button in the mini Google Notebook.

« Back     Next »
Try it out

©2007 - Google Home - Google Notebook Help - Privacy Policy - Terms of Service



EXHIBIT