browser        Activate your FREE membe

**GET IT BEFORE EVERYONE ELSE._**    Microsoft Visual Stu   Get it now

Search VB.com

| NEWS | WHITE PAPERS | WEBCASTS |
| GLOSSARY | DOWNLOADS | EXPERTS |

.NET DEVELOPMENT    ASP.NET    OFFICE / CLIENT    DATABASE    ARCHITECTURE    TESTI

[SEARCH] Advanced | Site Index     Search Pow

ADVERTISEMENT — Sign up for the SearchVB.com VS.NET Essentials Tip and get tips, tricks, tools and tutorials that will help you take your VS.NET skills to the next level.

Home > Visual Basic Definitions - Browser

### SearchVB.com Definitions (Powered by WhatIs.com)

**LOOK UP TECH TERMS**     Powered by:

Search listings for thousands of IT terms:    Browse tech terms alphabetically:
[SEARCH]    A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

**browser**

DEFINITION - A browser is an application program that provides a way to look at and interact with all the information on the World Wide Web. The word "browser" seems to have originated prior to the Web as a generic term for user interfaces that let you browse (navigate through and read) text files online.

Technically, a Web browser is a client program that uses HTTP (Hypertext Transfer Protocol) to make requests of Web servers throughout the Internet on behalf of the browser user. Most browsers support e-mail and the File Transfer Protocol (FTP) but a Web browser is not required for those Internet protocols and more specialized client programs are more popular.

The first Web browser, called WorldWideWeb, was created in 1990. That browser's name was changed to Nexus to avoid confusion with the developing information space known as the World Wide Web. The first Web browser with a graphical user interface was Mosaic, which appeared in 1993. Many of the user interface features in Mosaic went into Netscape Navigator. Microsoft followed with its Internet Explorer (IE).

As of September 2006, Internet Explorer is the most commonly used browser, having won the so-called browser wars between IE and Netscape. Other browsers include:

- Firefox, which was developed from Mozilla (the open source version of Netscape).

EXHIBIT N

http://searchvb.techtarget.com/sDefinition/0,,sid8_gci211708,00.html     8/24/2007

- Flock, an open source browser based on Firefox and optimized for Web 2.0 features such as blogging and social bookmarking.
- Safari, a browser for Apple computers (at this writing, the third most popular browser).
- Lynx, a text-only browser for Unix shell and VMS users.
- Opera, a fast and stable browser that's compatible with most relatively operating systems.

LAST UPDATED: 25 Sep 2006

**Do you have something to add to this definition? Let us know.**
Send your comments to techterms@whatis.com

Share -  Digg This!    Bookmark with Del.icio.us

**VB RELATED LINKS**

**Ads by Google**

**The All-New BlackBerry®**
Powerful, Smart & Available On Multiple Carriers. Keep Your Plan.
www.BlackBerry.com/YourChoice

**FireFox3.0 Free Download**
Download a Free Copy Of Firefox3.0 The Greatest Browser on the Pla
TravelTribe.com/Firefox

**Fix Browser Problems Fast**
Free Download Browser Diagnose Try Our Computer Check Up Now
www.free-pc-checkup.com

**Web Browser**
Web Browser guide Find Web Browser
WebBrowsers.LitMoth.com

**Firefox3.0 Free Download**
It's safer, faster & easier to use. Download Firefox3.0 for free.
www.Firefox-Webbrowser.info

**RELATED GLOSSARY TERMS**
Terms from Whatis.com – the technology online dictionary
- canonical name  (SearchWinIT.com)
  A canonical name is the properly denoted host name of a computer or network server... (Continued)
- CNAME  (SearchWinIT.com)
  A CNAME specifies an alias or nickname for a canonical name record in a domain name system (DNS) database. (Continued...)

PROVIDED BY **Microsoft**

**VISUAL STUDIO .NET RESOUI**

*Latest Resources:*

Trial Downloads: Microsoft Visual Studio

Windows SDK for Windows Vista ISO Dov

Microsoft® Windows® Software Develop Windows Vista™ and .NET Framework 3, Components

Windows SharePoint Services 3.0 Tools: 2005 Extensions

Visual Studio 2005 Team System: Micros Framework

MSDN Subscriptions for Visual Studio 20

Visual Studio Code Name "Orcas" Relate

*ASP.Net AJAX*

ASP.NET AJAX Showcase

ASP.NET Futures

Microsoft AJAX Library

ASP.NET AJAX 1.0

AJAX Control Toolkit

*Application Development Resourc*

Introducing Microsoft Visual Studio 200! Web Testing

ASP.NET 2.0 Development Pack, includi Visual Studio®

*Visual Studio .NET Basics:*

Visual Studio Tools for Office: Feature E

New Features of Visual Studio 2005

Visual Studio 2005 101 Samples

Visual Studio 2005 Tools for Application

E-Learning Online Training Center

Upgrading Visual Basic 6.0 Applications Basic .NET and Visual Basic 2005

*Visual Studio .NET Resources:*

MSDN Webcast: Visual Studio Tools for C from the Experts: Tim Huckaby

MSDN Webcast: Visual Studio Tools for C Experts: Paul Ballard

About Us | Contact Us | For Advertisers | For Business Partners | Site Index | RSS     SEARCH

TechTarget provides enterprise IT professionals with the information they need to perform their jobs - from developing strategy, to mal effective IT purchase decisions and managing their organizations' IT projects - with its network of technology-specific Web sites, even magazines.

TechTarget Corporate Web Site | Media Kits | Reprints | Site Map

All Rights Reserved, Copyright 2000 - 2007, TechTarget | Read our Privacy Policy