iLOR, LLC v. Google, Inc.　　　　　　　　　　　　　　　　　　　　　　　　Doc. 12 Att. 19
Case 5:07-cv-00109-JMH　　Document 12　　Filed 08/27/2007　　Page 1 of 2
The Motley Fool: Print Article　　　　　　　　　　　　　　　　　　　　　Page 1 of 2



**Previous Page**

## About The Motley Fool [Fool.com: Press]

http://www.fool.com/press/about.htm



It all started with chocolate pudding.

When they were young, brothers David and Tom Gardner learned about stocks and the business world from their father at the supermarket. Dad, a lawyer and economist, would tell them, "See that pudding? We own the company that makes it! Every time someone buys that pudding, it's good for our company. So go get some more!"

The lesson stuck. The brothers founded the world's premier multimedia financial education company, The Motley Fool. The company's mission has remained the same since its inception: to educate, enrich, and amuse individual investors around the world.

In 1994, a partnership with America Online allowed The Motley Fool to come to life online. Fool.com was launched on the World Wide Web soon thereafter. The brothers quickly established the "Fool Portfolio" of stocks, funded with their own money, and Fools around the world were invited to learn from the Gardners' investing successes and mistakes. The Fool Portfolio (renamed the "Rule Breaker Portfolio") was celebrated for its dramatic gains until its closure in March 2003.

Currently, The Motley Fool offers nine investment and personal finance newsletter services to their members, covering a variety of investing styles: *Motley Fool Hidden Gems*, *Motley Fool Rule Breakers*, *Motley Fool Rule Your Retirement*, *Motley Fool Inside Value*, *Motley Fool Champion Funds*, *Motley Fool Income Investor*, *Motley Fool Stock Advisor*, *Motley Fool Global Gains*, and *Motley Fool Green Light*.

Since 1996, Tom and David, in partnership with Simon and Schuster, have published eight books, including *The Motley Fool's Money After 40*, *The Motley Fool's What To Do with Your Money Now*, *The Motley Fool Investment Guide*, *The Motley Fool Investment Guide for Teens*, and *You Have More Than You Think*. Each Fool book has climbed to *BusinessWeek's* best-seller list. This spawned a line of self-published titles under the Fool Publishing label.

But wait -- there's more! The Fool's nationally syndicated weekly newspaper column debuted in 1997 and now appears in more than 200 papers. The Gardners and a host of other Motley Fool experts such as Dayana Yochim, Bill Mann, Robert Brokamp, and Shannon Zimmerman are frequently sought-after guests and commentators, appearing on such cable and broadcast outlets as CNBC, CNN, FOX, NBC, and NPR, and in a wide range of other publications.

And since Foolishness knows no bounds, The Motley Fool has spread its wings internationally, too. In March 1998, Fool U.K. (www.fool.co.uk) was born, and its website and services have been thriving ever since.

The company is committed to using its voice to help those with money as well as those without it. The company's "Foolanthropy" program invites readers to nominate the charities to which they'd like to contribute. Since 1997, The Motley Fool and its community have raised almost $2.8 million for many charities across the nation.

Legal Information. ©1995-2006 The Motley Fool. All rights reserved.

**Previous Page**