
**reprisemedia**
Your search for results is over.™

HOME | REQUEST QUOTE | CLIENT |

OUR SERVICES | OUR TECHNOLOGY | CASE STUDIES | FAQS | ABOUT US | PRESS ROOM |

Home > About Us - Overview

## About Us

- OVERVIEW
- CLIENTS
- MANAGEMENT TEAM
- CAREERS
- LOCATIONS

### About Reprise Media

Reprise Media develops strategic, integrated search marketing campaigns that help the world's largest brands generate revenue and drive traffic to their websites. The company has been recognized as a leader in the search marketing field by a broad range of independent parties including Forrester Research, Jupiter Research, OMMA Magazine and even Google.

>>more

### Company History

Reprise Media was formed in 2003 by a group of search engine and interactive advertising veterans who recognized a big problem with search marketing: Simply put, it's a challenging endeavor, unlike any other marketing channel that exists. Advertising agencies, both traditional and interactive, often aren't equipped to handle it. Sure, you can rely on an in-house team to deal with search, but that could take months or even years to develop.

Search marketing is an increasingly important part of today's marketing plan and time is of the essence. Your competitors are currently testing and refining their strategies, further distancing themselves from the pack. In this case, standing still is more like moving backwards.

That's why we're here.

Reprise Media is the first line of defense for marketers and advertising agencies. We make search marketing smarter, easier and more effective without oversimplifying it or losing sight of your business's unique goals. Our proven Reprise Process moves campaigns to market quickly, without disrupting your regular business operations.

And our team has been there, planning and executing search campaigns for the last 10 years. Most importantly, we're exclusively focused on search, so that you don't have to be.

We understand what you're going through. And we're here to help.

- SEO Manager
- Client Services Manager
- Media Analyst


Reprise News Recent Headlines

**search**views
discussion and dispatches on search

---

Our Services | Our Technology | Case Studies | FAQs | About Us | Careers | Press Room

Request Quote | Client Extranet Login | Contact Us | Site Map | Links & Resources | Privacy Policy


EXHIBIT T

©2003-2007 Reprise Media | **Phone: 800-218-9476** | Email: info@reprisemedia.com