

# Susan Kuchinskas

By day, I'm editor of *The 360*, reporting on the stories behind today's tech news.

By the light of dawn and into the night, I write about art, design, culture and society for a wide variety of publications. My work has appeared in *Technology Review*, *Wired*, the *Los Angeles Times* and *Business 2.0*.

My staff experience includes stints as a senior writer for *Adweek*, *Business 2.0* *M-Business*, a magazine for the mobile internet industry that was way ahead of its time, and *internetnews.com*.

If you want to know much more about me, go here.



http://www.kuchinskas.com/aboutus.html　　　　　　　　　　　　　　8/24/2007

Dockets.Justia.com