iLOR, LLC v. Google, Inc.                                                                Doc. 12 Att. 25
Case 5:07-cv-00109-JMH    Document 12    Filed 08/27/2007    Page 1 of 2
CMP - About Us                                                              Page 1 of 2





Home > **About Us**

Print

**About Us**
Leadership
Milestones
Awards & Honors
Mission and Values

# About Us

## More Than Media.

### Innovation. Influence. Results.
CMP Technology brings the power of more than 100 trusted IT media brands to more than technology and business decision makers worldwide through online properties, worldwide industry-leading magazines, training, research and expert consulting services. Our targeted innovative marketing solutions help you create long-term, profitable relationships with techn builders, sellers and buyers.

**Put our innovation and influence to work for you.** Deliver your message using the most marketing vehicles targeted to technology professionals.

### The Brands That Reach Technology Builders, Sellers and Buyers
CMP offers a diverse range of advertising and sponsorship opportunities at its face-to-face on its leading website properties, and in the pages of its award-winning magazines. See ou list of products:

- Events, Websites and Magazines — USA
- Events, Websites and Magazines — International

### The Markets We Serve
CMP events, websites and magazines cover the breaking news, and offer strategic insight about the business of technology in the following markets:

- Customer Management (including Call Center)
- Channel (Distributors and Solution Partners)
- Telecommunications
- Electronics & Embedded Systems
- Enterprise & Information Technology (IT) Management
- Game Development
- Software Development
- Global Service Delivery

And CMP covers these markets around the globe. See our international products page.

### Our Brand Video
Watch this 1 min. 30 sec. commercial to learn more about how CMP helps marketers get to called Success. *Read the script...*



**EXHIBIT**

V

Dockets.Justia.com

**Contact Us**
For general inquiries about our company, contact:
Corporate Communications
(516) 562-5000
cmp@cmp.com

Headquartered in Manhasset, NY, CMP Technology is part of United Business Media
(www.unitedbusinessmedia.com), a leading global provider of news distribution and specia
information services for the professional and enthusiast markets, actively bringing buyers a
together across targeted media channels—publications, events and online.

CMP Worldwide | Privacy Policy | Your California Privacy Rights | Terms of Use                    ©2007 CMP Media LLC. All Rights Reserved. A United Bu: