| SEARCH BLOG | FLAG BLOG | Next Blog»william.morriss@gmail.com | Dashboard | Si


powered by

Site Feed



805K readers
BY FEEDBURNER

**Archives**

Archives

**Recent posts fi more Google b**

The Mountain Wor
Blogs of Note

Ora le mappe son( integrate!
Google Italia Blog

AdSense ☐☐☐☐☐
AdSense☐☐☐☐☐☐
AdSense ☐☐☐ ☐☐☐☐☐

☐☐☐☐☐☐☐☐☐☐
AdWords

Tip: Store lengthy snippets in a separ
Google Desktop APIs

## Google Notebook goes multi-lingual

3/29/2007 08:22:00 AM
Posted by Xiangtian Dai, Software Engineer

I can read English. If you're reading this blog post, you probably can too. But if you're like me—someone who is not one of the 300 or 400 million native English speakers in a world of more than 6 billion people—you might be more comfortable on using your own language for personal activities. I know I am, and I can still remember the days 16 years ago when my dad and I were tweaking the home PC-XT to make a database application work in Chinese instead of in English. Now being a software engineer myself working in this great company whose products are used by people around the world, I would almost feel guilty if my product doesn't speak in the same language as you do.

Fortunately, my feeling of guilt is coming to an end. When we released the Google Notebook in its shiny, fresh new look, we also made it speak 17 other languages besides English. We have German, Polish, Turkish—to name a few—and of course Chinese. Admittedly, there is still a long way to go for us to reach everyone in the world in all the thousands of languages. Rest assured, though, that just because your language isn't one of the first doesn't mean that we have forgotten you.

In case you haven't heard about it before, Google Notebook lets you conveniently collect, organize and share information while searching and browsing the web. If you've tried it already, I urge you to try again, as its new interface is much smoother to use than it was—and I'm not saying that just because I'm looking at it in Chinese.

Permalink

Labels: apps

**Newest Google**

Google Finance bl
Google News blog
Google Public Poli

## Links to this post

Google Notebook goes multi-lingual
Bloc-Notes de GOOGLE
Crear tu mapa de Google fácilmente
[Google] Using the New Notebook
Google Notebook Service Goes Multilingual With 17 Languages
Screencast of Google Notebooks makeover



**Labels**

.org (9)
accessibility (12)
ads (22)
apps (216)
Asia (9)
developers (50)

□□□□□□□□Google Notebook□□□□□□□□□□UI□□□□□
Google Not Defteri
'Google Notebook goes multi-lingual' - Official Google Blog Post
Google Notebook Gets a New look
Google Notebook Redesigned, No Longer In Beta
Google □□□□□□Google.com□□Google Notebook□□□
Google Notebook på svenska
Google Notebook Becomes Multi-Lingual, Does Anyone Care ?
Google Notebook □□□□□
Google Notebook Grows Up, Learns Languages
Google's new Social networking tool! Google Notebook
Google Notebook Available in 18 Languages
Google Notebook is Updated
Google Notebook Leaves Beta
Google Notebook in 17 languages ...
Google Notebook
Google Notebook - New and Improved
Google Notebook talks many languages
SearchCap: The Day In Search, March 29, 2007
Google Notebook se vuelve multilenguaje
Nota bene

Create a Link

Newer Post                         Home                         Older Post

enterprise (25)
environment (6)
Europe (20)
googlers and cultu
Latin America (6)
mobile (32)
personalization (37
policy and issues (
recruiting and hirin
search (147)
user experience ar
(16)
video (1)

**We Love Feedk**
Do you want to cor
a post? Send us s

**More Google**
Web Search
Downloads
Image Search
Maps
Labs
News
Zeitgeist
Mobile
More...

**More Google B**
AdWords API blog
AJAX Search API I
Analytics □□□ □□
Blogger Buzz
Blogs of Note
Blogs of Note (Esp
Custom Search Er
Docs & Spreadshe
Google Analytics b
Google Base blog
Google Checkout /

Google Checkout blog
Google Code (Featured Projects)
Google Code (Updates)
Google CPG blog
Google Data APIs blog
Google Desktop API blog
Google Enterprise blog
Google Finance blog
Google Gears API blog
Google Gmail Blog
Google Health Advertising Blog
Google LatLong
Google Mac blog
Google Maps API blog
Google Mashup Editor blog
Google News Blog
Google Online Security blog
Google Public Policy Blog
Google Reader blog
Google Research blog
Google SketchUp blog
Google Talkabout
Google Testing blog
Google Web Toolkit blog
google.org blog
Inside AdSense
Inside AdSense - Deutsch
Inside AdSense - Espanol
Inside AdSense - Français
Inside AdSense - Italiano
Inside AdSense - Nederlandse
Inside AdSense - Portuguese
Inside AdSense - Türkiye
Inside AdSense - ☐☐
Inside AdSense - ☐☐
Inside AdWords
Inside AdWords - Brasil
Inside AdWords - Espanol
Inside AdWords - ☐☐
Inside Google Book Search
Inside Google Desktop
Librarian Central

o blog oficial do orkut
Official Google blog
Official Google blog - ☐☐
Official Google blog - Australia
Official Google blog - Brasil
Official Google blog - Italia
Official Google blog - Japan
Official Google blog - México
Official Google blog - Polska
Official Google blog - Česká republika
Official Google blog - Россия
Official Google blog - ☐☐
orkut Blog
Summer of Code blog
Webmaster Central blog
Webmaster Central blog - Deutsche
Webmaster Central China-☐☐ ☐☐☐☐☐☐☐☐
YouTube API blog
YouTube blog

## What We're Reading

Aaron Swartz's Google Weblog
Ask.com Blog
Charlene Li's Blog
Dutch Cowboys (Dutch)
Google Guide
Jeremy Zawodny's Blog
John Battelle's Searchblog
Marketing Pilgrim
MSN Search Weblog
Nathan Weinberg's Inside Google
Philipp Lenssen's Google Blogoscoped
OJO!Buscador (Spanish)
Marketing Facts (Dutch)
Robert Scoble's Scobleizer

PassingNotes

Rael Dornfest's Raelity Bytes

Pandia Search World

ResearchBuzz

Resource Shelf

Roodlich (Dutch)

Search Engine Blog

Search Engine Journal

Search Engine Land

Search Engine Lowdown

Search Engine Roundtable

Search Engine Watch Blog

Search Engine Watch Forums

Slashdot - Google

Slashdot (Japanese)

Traffick

Voelspriet (Dutch)

WebmasterWorld

What's On Tonight (Allen Weiner)

Yahoo Search Blog

**Blogs By Googlers**

acutely obtuse

Adam Bosworth's Weblog

Alexander Limi

Beyond Satire

Bladam 2.0

Bolinfest Changeblog

Catspaw's Guide to the Inevitably Insane

Chris Sacca's What Is Left?

Christian Pezzin

Confessions of a Digital Packrat

Continuations

Donal Mountain's notes

Dr. Razavi's Good-to-Know-

Info

Ego Food

Erica's Joys

Fury.com

Gayle Laakman

Grokster

iBanjo

It Has Come to My Attention

Joe Beda Eighty Percent.net

Kimbalina

Kraneland

Lorem Ipsum

Marked for Dearth

Massless

Matt Cutts: Gadgets, Google and SEO

Nanaze

Otaku

Ovidiu Predescu's Weblog

P@ Log

Pedram's stream of consciousness

persistent.info

Peter Fleischer: Privacy?

Piaw's Blog

Rahrah feminista

Reza Behforooz

Shellen dot com

Shumans.com

snarfed.org

So Many Games

Sowbug

Stevey's Blog Rants

Technical Revenue

The Other Eighty Percent

Vedana

Whistle Dance .net

Xenomachina

Zovirl Industries

Google Blog is powered by Blogger. Start your own weblog.



Copyright © 2007 Google Inc. All rights reserved.
Privacy Policy | Terms of Service