iLOR, LLC v. Google, Inc. Doc. 12 Att. 28



**United States Patent and Trademark Office**                    PATENTS

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents > Search Colections > MPEP > 719 File Wrapper - 700 Examination of Applications

Go to **MPEP - Table of Contents**

**browse before**

# 719 File Wrapper - 700 Examination of Applications

## 719 File Wrapper

The folder in which the U.S. Patent and Trademark Office maintains the application papers is referred to as a file wrapper.

**browse after**

KEY: =online business system  $=fees  =forms  =help  =laws/regulations  =definition (glossary)

*The Inventors Assistance Center is available to help you on patent matters. Send questions about USPTO programs and services to the USPTO Contact Center (UCC). You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Last Modified: 08/24/2007 11:08:15

Go to **MPEP - Table of Contents**

EXHIBIT
Y

http://www.uspto.gov/web/offices/pac/mpep/documents/0700_719.htm        8/24/2007

Dockets.Justia.com