» About The 360 - The 360            http://360techblog.com/about/

**EXHIBIT**

2

**The 360**  The stories behind today's news



We ain't seen nothing yet. The web of communication and information in 2010 will make today's glitzy websites seem like dinosaurs. *The 360* charts the moves of the Internet titans, while keeping an eye on the Googles and eBays of the future.
Calendar

August 2007

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

« Jun

E-mail me.

# About The 360

*The 360* takes an analytical, in-depth look at the way that the Internet industry's largest players and most innovative newcomers are shaping the future. It tracks the technology, business models and interdependencies of the next generation of internet companies. Originally authored by Susan Kuchinskas, *The 360* is now written by Liz Garone.

About Liz: During the birth of the dotcoms, I had a two-year stint in Phoenix, Arizona, and served as the editor of phoenixnewtimes.com. The thrill of the desert didn't last; the plethora of palm trees only made my longings for the California coast stronger. So, I headed home.

During the dotcom heyday, I was the sole technology reporter for the ANG chain of newspapers, working out of the office of the *San Mateo County Times*. I explored the new technologies and shared my insights with my readers. My favorite assignment was a one-morning shift as a day trader in which I scored quite a bit of virtual change.

Working at a daily newspaper, I had little time to delve deeply into any one subject, so I jumped ship and became a freelance writer, doing stories for everyone from *The Washington Post* to *Business Week* and newmedia.com (now owned by internet.com). During that time, I co-authored *Business Week's Guide to the Best Business Schools* twice.

For an overview of my work, go here.

When I'm not writing, I'm on the beach

## ⦂ Pages

- About The 360

## • Archives

- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- May 2006
- April 2006
- March 2006
- February 2006

## • Categories

- Gadgetidolatry (7)
- Google (125)
- Innovation (60)
- MSN (42)
- Online advertising (111)
- SaaS (50)
- Search (62)
- the internet (152)
- The Next Web (98)
- web 2.0 (81)

Dockets.Justia.com

looking for that elusive piece of cobalt blue seaglass.

*The 360* is partly made possible through the cooperation of Aqute, a UK-based strategy consultancy company.

- ○ Yahoo (68)

## • Blogs I Read

- ○ Rough Type
- ○ Niall Kennedy
- ○ Google Blogoscoped
- ○ Scripting News
- ○ Internet Outsider
- ○ Internet Stock Blog

## • Subscribe

- ○ 

Get this widget!

Copyright ©2007 Liz Garone & The 360. All rights reserved.
Original Theme by Jason Golod, modified by Santa Cruz Tech and powered by WordPress.
.: RSS :.

This blog is protected by dr Dave's **Spam Karma 2**: **57712** Spams eaten and counting...