

Reference > American Heritage® > Dictionary

‹ avail                                                                                           avalanche ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

## available

SYLLABICATION: a·vail·a·ble

PRONUNCIATION: ə-vāʹlə-bəl

ADJECTIVE: **1.** Present and ready for use; at hand; accessible: *kept a fire extinguisher available at all times.* **2.** Capable of being gotten; obtainable: *a bedspread available in three colors.* **3.** Qualified and willing to be of service or assistance: *a list of available candidates; was not available for comment.* **4a.** *Chemistry* Capable of being used in a chemical reaction: *available electrons.* **b.** *Botany* Present, as in soil, and capable of being used by plants as a nutrient: *available water; available minerals.* **5.** *Archaic* **a.** Capable of bringing about a beneficial result or effect. **b.** *Law* Valid. Used especially of a plea.

OTHER FORMS: a·vailʹa·bilʹi·ty, a·vailʹa·ble·ness —NOUN
a·vailʹa·bly —ADVERB

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ avail                                                                                           avalanche ›





Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2005 Bartleby.com





EXHIBIT AA