iLOR, LLC v. Google, Inc.                                          Doc. 12 Att. 35
Case 5:07-cv-00109-JMH   Document 12   Filed 08/27/2007   Page 1 of 4
What is plug-in? - a definition from Whatis.com                    Page 1 of 4



**plug-in**

DEFINITION - Plug-in applications are programs that can easily be installed and used as part of your Web browser. Initially, the Netscape browser allowed you to download, install, and define supplementary programs that played sound or motion video or performed other functions. These were called helper applications. However, these applications run as a separate application and require that a second window be opened. A plug-in application is recognized automatically by the browser and its function is integrated into the main HTML file that is being presented.

Among popular plug-ins to download are Adobe's Acrobat, a document presentation and navigation program that lets you view documents just as they look in the print medium, RealNetworks' streaming video player, and Macromedia's Shockwave for Director, an interactive animation and sound player. There are now hundreds of possible plug-ins. Most users wait until they need a particular plug-in before they download it.

Also see Plug and Play.

LAST UPDATED: 12 May 2003

Do you have something to add to this definition? Let us know.
Send your comments to techterms@whatis.com

Share - Digg This!   Bookmark with Del.icio.us

SMB RELATED LINKS
Ads by Google



http://searchsmb.techtarget.com/sDefinition/0,,sid44_gci212800,00.html       8/24/2007

**Create Network Maps**
WhatsUp Gold scans for and maps network devices in minutes.
www.Ipswitch.com/WhatsUpGold

**Optical Networking**
WDM for flexible infrastructure Free Whitepaper. Download Now.
www.ADVAOptical.com

**NETWORK TROUBLESHOOTING**
Connect your enterprise over a, single secure private IP-based WAN!
Bell.ca

**IP Test**
Eliminate network security threats. Scan your network topology today.
ip.test.qualys.com

**Dictionary**
We Present the Top Sites for Dictionaries and Reference Material
SearchingPro.net/dictionary


(i) **RELATED GLOSSARY TERMS**
Terms from Whatis.com – the technology online dictionary
- abandoned call (SearchCRM.com)
  An abandoned call is a call or other type of contact initiated to a call center that is ended before any conversation occurs... (Continued)
- Java Business Integration (SearchWebServices.com)
  Java Business Integration (JBI) is a specification that defines an approach to implementing a service-oriented architecture (SOA), the underlying...

REFERENCE DESK 

**Small Business**

**NEWS, TIPS & MORE**

- Strategic IT/business alignment ... (I GUIDES)
- Princeton Review educates itself in
- SaaS options demand discipline fro
- Web 2.0 integration poses challeng

**VENDOR CONTENT**

- What Role Should Networking Play Architecture? (WEBCAST)



- File Archiving FAQ (PODCAST)
- Taneja Group: Evaluating File Virtu (WHITE PAPER)
- Fundamental questions about Secu for the Security professional (PODC
→ VIEW MORE

**SEE ALSO**

- **Related Topics:**
  Application development, Business Compliance for SMBs, Email/messa
- **Site Highlights:**
  CIO Decisions magazine
  Expert Guidance for CIOs

**GET E-MAIL UPDATES**

Submit your e-mail below to receive S tech tips and more, delivered to your i

☐ White Paper Alerts

☐ Webcast Alert

E-mail: [Your E-mail Address]

Not a member? We'll activate membership with your subscr

| HOME | NEWS | TOPICS | ITKNOWLEDGE EXCHANGE | TIPS | WEBCASTS | BLOGS | WHITE PAPERS | IT SOFTWARE DOW |

About Us | Contact Us | For Advertisers | For Business Partners | Site Index | RSS          SEARCH

TechTarget provides enterprise IT professionals with the information they need to perform their jobs - from developing strategy, to mal purchase decisions and managing their organizations' IT projects - with its network of technology-specific Web sites, events and maga

TechTarget Corporate Web Site | Media Kits | Reprints | Site Map

All Rights Reserved, Copyright 2004 - 2007, TechTarget | Read our Privacy Policy