**screen shot**

Activate your FREE membership today | Log in





ADVERTISEMENT Ship demos, proofs-of-concept and production-ready software as virtual appliances.

**Whatis.com** *Target Search*™

Search our IT-specific encyclopedia for:

[ Search ] or jump to a topic: [ Application Security ▼ ] [ Go ]

**Advanced Search**

Browse alphabetically:

A B C D E F G H I J K L M N O P Q R **S** T U V W X Y Z #

All Categories → Multimedia & Graphics

## screen shot

A screen shot (sometimes called a screen capture) is a copy of the screen's contents that can be saved as a graphics file or copied into a document or graphics editor. Various programs are available for creating screen shots, but it is easy to do without any special program.



To take a screen shot on a Windows <u>platform</u>, you press the Print Screen button (usually on the top row of the keyboard) to get a shot of the entire screen. To get a shot of the active window only, you press the Alt key and the Print Screen key at the same time. The screen shot is copied to the clipboard (the memory area that temporarily stores information to be copied to another location ) and can then be pasted into a document in a word processing program such as Word or WordPerfect, or into an image editor, such as Adobe Photo Shop, Paint Shop Pro, or Microsoft Paint if you want to alter the image.

On a Macintosh platform, you press the Command, Shift, and 3 keys to create an image file (called a PICT file). If you press 4 instead of 3, the cursor changes to allow you to select an area of the screen to save. Command, Shift, and 4 with the Caps Lock pressed allows you to create a circular image. Any of the commands with the Control key pressed copies the image to the clipboard.

On a Unix platform, there are different methods for the various interfaces. A common one is the command xwd -out filename.xwd, which allows you to click a screen to make an image file.

**WHATIS RELATED LINKS**

Ads by Google

**Print your screen?**
Just press the Print-Screen key with this simple tool.
www.printyourscreen.com



EXHIBIT GG

#### SnagIt Screen Capture
Select and capture anything on your screen, add effects, save & share.
www.SnagIt.com

#### Panasonic HDTV Products
Panasonic LIFI, LCD & Plasma TV's. Enter the Living in HD contest.
www.livinginhd.com

#### Proxim WiMAX Solutions
Find Out How Pico Architecture Powers WiMAX All-in-One Solutions
www.proxim.com

#### Screen Capture
Screen Capture Info. Fast & Easy
www.capturescreen.info

**This word suggested by:** Mike Stasko
**Last updated on:** Jul 31, 2001

SearchTelecom.com (New!) Click here

Mobile and wireless protocols Do you know them all?

**What's New?**

**WORD OF THE DAY...**
WikiScanner

**LEARN MORE ABOUT...**
Creating your own keyboard shortcuts

· Quiz: What's your Web 2.0 IQ?

· Our Latest Discovery

· WhatIs.com Podcasts

· Learning Guides and Tutorials

· Our Favorite Cheat Sheets

· Quiz Central: Do you speak Geek ?

· Daily Tech Trivia

· IT Acronym Challenge

· Secret Word of the Day

· Recently added or updated

WhatIs.com RSS Feeds

**Email a friend:**

**Send this page to a friend!** Email a friend

**Note:** Email addresses will only be used to send site content to your friend(s).

| HOME | LOOK IT UP | ITKNOWLEDGE EXCHANGE | CHEAT SHEETS | PRODUCT DEMOS | CAREERS | WHITE PAPERS |

About Us | Contact Us | For Advertisers | For Business Partners | RSS | Awards

TechTarget provides enterprise IT professionals with the information they need to perform their jobs - from developing strategy, to making cost-effective IT purchase decisions and managing their organizations' IT projects - with its network of technology-specific Web sites, events and magazines.

What is screen shot? - a definition from Whatis.com - see also: scree...    http://whatis.techtarget.com/definition/0,,sid9_gci497372,00.html

TechTarget Corporate Web Site | Media Kits | Reprints | Site Map



All Rights Reserved, Copyright 2007, TechTarget | Read our Privacy Policy