

### Michael Kanellos bio

**Michael Kanellos, Editor at large, CNET News.com**

Michael Kanellos is editor at large at CNET News.com, where he covers hardware, emerging trends, start-ups and the tech industry overseas. He has appeared on National Public Radio, The Early Show on CBS, CNBC, Fox News and other media outlets on behalf of CNET News.com as well as participated in a number of panels. A graduate of Cornell University and the University of California Hastings College of the law, he has also worked as an attorney, a travel writer and a busboy in a pancake house.

Click here to email this information to a friend

© 2007 IDEMA All Rights Reserved | Privacy Policy | contact webmaster

**EXHIBIT HH**