


# The New York Times Newsroom Navigator

By RICH MEISLIN

About This Page

**Recent additions:** The Politico is an ambitious and much-talked-about new entry on the political scene. . . . Metacritic gathers reviews of movies and DVDs, music and more. . . . The Center for Public Integrity tracks various aspects of public life and has useful research tools. . . . For those seeking an introduction to blogs, our Blogs 101 will give you a flavor. . . .

For business links, see Business Navigator; for politics, Politics Navigator; for health, Health Navigator

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

Advertisement




First Name

Last Name

Age




**SEARCHING THE NET? HERE ARE PLACES TO START**

Google *Search, mail, maps and more. It includes a* search of Usenet discussions, *a* government search, *an* image search, maps, local listings *and* Google Scholar *for scholarly literature.*

Yahoo! *Search, news, e-mail, shopping, and many other services*

Vivisimo *searches and categorizes results helpfully*

A9, *from Amazon, adds some interesting twists to Web search.*

Alta Vista *now from Overture, includes audio and video search.*

The Open Directory Project *aims to become the largest Web directory edited by (volunteer) humans*

All the Web, *from Fast Search, is quick and simple*

Ask.com *has Web search and several other useful search features.*

Ixquick, Excite, Dogpile, CNet Search.com and Metacrawler *simultaneously search different combinations of multiple Web search engines*

Reporter's Desktop *conveniently consolidates many ways to find people and things.*

Librarians' Index to the Internet *Useful sites organized and annotated by librarians in California and Washington*

About.com *has humans who assemble mini-sites on a wide variety of topics.*

Searchmil.com *searches for information in military (.mil) computers*

The Hardin Meta Directory *catalogs health-related sites*

Topica and Tile.Net *will help you find Internet mailing lists*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**COLLECTIONS FOR JOURNALISTS**

**Government**

The White House

The House of Representatives

The Senate

Thomas, *the Library of Congress information service. Also see its* Portals to the World *for country-by-country information*

The Supreme Court

Federal District and Appeals Courts



GovEngine.com *organizes federal, state and local government links cleanly and well.*

FirstGov *The government's official portal gives organized access to a variety of government web sites and services.*

FedWorld Information Services: *Comprehensive guide to Government databases*

Federal Government Agencies, *a clean, easy-to-use listing*

Federal Web Locator *allows searching*

GPO Access *searches the Federal Register, U.S. Code, Congressional bills and other Government publications*

Fedstats *collects and organizes statistics from 70 agencies*

National Archives and Records Administration *catalogs records held by Government agencies*

DefenseLink *News and live briefings from the U.S. Department of Defense*

Census Bureau home page, 1990 Census tables and Ferret, *for recent population and income data. Also see Social Explorer, in Non-Government, below.*

Bureau of Labor Statistics *A wealth of economic information*

Centers for Disease Control

National Hurricane Center

United States Geological Survey, current earthquake information and Earthquake Information Center

Federal Aviation Administration *databases of airline safety reports*

State and local government websites *from Piper Resources*

**Non-Government**

National Criminal Justice Reference Service

Criminal justice links *assembled by Cecil Greek at Florida State University*

Terraserver USA *Topographic maps and aerial views of the United States*

United Nations *and* U.N. Web locator

Newsahead *upcoming scheduled news events around the globe*

FindLaw *has an extensive collection of legal links*

KnowX *Free and low-cost information about lawsuits, bankruptcies, U.C.C. and other public filings for businesses and individuals*

Virtual Gumshoe *has a variety of useful investigative links*

Landings *Comprehensive aviation site offers databases of plane registrations, service difficulty reports, pilot certifications*

Reporters Committee for Freedom of the Press *has links and information, including a fill-in-the-blanks Freedom of Information request. (This list of* federal freedom of information officers *may be useful, as well as this* New York State FOI page *and these links to* state FOI laws)

Center for Public Integrity *tracks various aspects of public life and has useful research tools*

Social Explorer, *from Queens College, helps you visualize United States demographic information with maps.*

The Freedom Forum *Journalism, journalism education and first amendment issues*

The Smoking Gun *presents (undigested) documents obtained from court files and through freedom of information requests*

John Makulowich's Awesome list *of web resources, alphabetically, but not updated for a while.*

Power Reporting *is Bill Dedman's well-organized list of resources for journalists.*

The Wayback Machine *archives many Web pages back to 1996.*

**Business & Finance** references are available from Business Navigator

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**THE REFERENCE DESK**

Research It *all-in-one reference desk: dictionary, quotes, translators, more*

LibrarySpot *Extensive guide to online reference works*

YourDictionary.com and Onelook *give access to hundreds of dictionaries, specialized and general*

Encyclopaedia Britannica *The one and only. (Now with a fee for full articles.)*

Refdesk *leads you to a world of reference materials.*

Answers.com *gives them to you, on an array of topics*

Wikipedia *is the Web's increasingly popular (but not uniformly accurate) user-maintained encyclopedia.*

Trademark Checklist *from the International Trademark Association helps stop brand abuse*

Roget's Internet Thesaurus

Information Please Almanac *Almanac, dictionary and the full Columbia Encyclopedia*

Biography.com *offers brief, cross-referenced biographies of more than 25,000 notables.*

Travlang *language-to-language translation dictionaries*

Babel Fish and FreeTranslation *give basic (and sometimes amusing) translations of Web pages or text. (The latter offers human translation at a price.)*

The Elements of Style *The 1918 version*

C.I.A. World Factbook

Library of Congress, *including Marvel and Locis*

The New York Public Library

The World Wide Web Virtual Library

National Library of Medicine and Medline

Ingenta *(formerly Carl Uncover) provides free citations from 26,000 publications; charge for full articles*

The Merck Manual *guide to diseases*

RxList: The Internet Drug Index *Extensive information on prescription and over-the-counter drugs*

Bioterrorism resources *from the National Academies*

Nutrient database *from the U.S.D.A.*

Law Guru *gives access to hundreds of legal search engines and the Internet Law Library*

Lawoffice.com from West's Legal Directory and Martindale-Hubbell's Lawyer Locator

The U.S. Constitution

U.S. Patents *since 1971, from the Patent and Trademark Office*

The Bible Gateway *lets you search the Bible, in many editions and languages.*

I.R.S. *information and publications. For more tax sites, try* taxsites.com.

National Geographic's Map Machine.

Google maps, Mapquest, Yahoo! Maps and MSN Maps *give street-level maps, directions and in some cases satellite images for U.S. addresses*

Social Security death index

Consumer World *has consumer finance rates, company contacts, consumer information*

Currency converter *from Olsen & Associates converts from any currency to another*

ConvertIt *converts measurements, currencies, timezones and more*

Cost-of-living calculator *and other useful tools*

How Far Is It? *gives the distance between two cities*

U.S. Naval Observatory and National Institutes of Standards and Technology *What time is it, exactly?*

Weather Underground *The weather everywhere*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**TELEPHONE & E-MAIL DIRECTORIES**

Anywho *from AT&T has fast, clear directory service, and a reverse directory*

Switchboard and InfoSpace offer *nationwide telephone, address and reverse directory*

Superpages.com *National business yellow pages and residential listings from Verizon*

ThomasNet *from the Thomas Register of Manufacturers*

Yahoo People Finder *can help find e-mail addresses*

Network Solutions domain name database

U.S. Postal Service Zip Code finder

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**PUBLICATIONS ON THE NET**

**Breaking News & Daily Publications**

ABC News *offers top news, including the current ABC radio report, and (large) video clips.*

Agence France-Presse world report *from Yahoo Asia*

BBC News *British Broadcasting Corporation*

CBS News

CNN and CNN/Money

Fox News

MSNBC, *from Microsoft and NBC News*

National Public Radio

Boston.com, *from The Boston Globe*

CNet *combines technology news, reviews, software and services. Tech news is at* news.com

Christian Science Monitor

SFGate.com, *from the San Francisco Chronicle*

Los Angeles Times

Philadelphia Inquirer

San Jose Mercury News

USA Today

Wall Street Journal

Washington Post

Al Jazeera *English-language service, from the middle-eastern television network.*

The Electronic Telegraph *from The Daily Telegraph of London*

Guardian Unlimited

International Herald Tribune

Pravda *in English or* Russian

The Times of London

Romenesko *Jim Romenesko offers media news from everywhere*

IWantMedia and MediaBistro *also cover media news*

NewsHub *culls technology business headlines from major Web sites*

Google News *tracks news from thousands of sources, mostly without human intervention.*

1stHeadlines *offers headlines from 50-some news organizations.*

Newspaper archives on the Web *from the Special Libraries Association*

Wired News

**Magazines & Features**

The Atlantic

Comics.com *A collection of comics from United Media*

The Drudge Report

Law.com *legal news from several sources*

National Enquirer *The supermarket tabloid comes to the Web*

The New Yorker *More and less than the venerable magazine*

The New York Review of Books *Thoughtful criticism and commentary*

The Onion *Comic relief*

Plastic *Reader-filtered, intelligently moderated discussions of what's happening on the Web and in the world.*

Slate and Salon *Two flavors of cyber-literary-trend publications.*

U.S. News

**Collections of Many Publications**

Topix.net *offers news from many sources, aggregated, categorized and localized.*

Newslink, *a guide to newspapers, magazines and broadcast organizations.*

Newsdirectory.com and The Paper Boy *offer quick and easy access to web sites of hundreds of publications by name, location or subject.*

The Newseum *offers front pages from more than 200 newspapers each day.*

Newspaper Association of America

Careerbuilder *Classified ad service from many newspapers*

Project Gutenberg *puts out-of-copyright literary works online*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**POLITICS**

The Politico *is an ambitious and much-talked-about new entry on the political scene.*

Project Vote Smart, *a guide to candidates and issues*

The Empire Page *links to major news headlines on politics each day, emphasizing New York*

Federal Election Commission *data on campaign contributions*

PoliticalMoneyLine *Federal Election Commission and other campaign money and lobbying information in a useful format*

The Living Room Candidate *Presidential campaign commercials from 1952 to 2000*

Politics Navigator, *also from The Times on the Web, has many more political links*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**THE NEW YORK REGION**

New York City Reference, *a subject guide to sites on all aspects of the city (apparently not being updated)*

NYC Blue *has New York web sites in easy-to-use tabular form*

CitySearch NYC, *a guide to arts and entertainment*

Digital City New York *from America Online*

Manhattan Users Guide *offers tips on the best the city has to offer*

nymag.com *from New York magazine*

Time Out New York

NY.com *has basic useful information*

HopStop *has instructions to get around by subway and bus*

NYC.gov, New York City's official web site

Guide to New York City Government *Government contacts, from the Public Advocate's office*

The Official I Love New York State Tourism Guide

M.T.A. *has maps and schedules for subways, Long Island Railroad, Metro North*

New York City lobbyists *As registered with the Office of the City Clerk*

New York City Culture Guide and Calendar *from the Alliance for the Arts*

Playbill On-Line and Broadway.com *will help you find Broadway, off-Broadway, national and international theater listings*

Internet Broadway Database does for Broadway what the Internet Movie Database does for movies.

The New York Daily News

The New York Post (or go directly to Page Six)

Newsday

New York 1

The New York Observer

The Village Voice

papermag.com, *virtual sister to the magazine of the Downtown scene*

NJ.com *Everything New Jersey*

New Jersey Transit

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**COMMERCE**

AddALL *no-frills book price comparison service;* AMusicArea *for CD's;* AMovieArea *for DVD's*

Amazon *The online megastore. Books, music, videos, games, electronics, food, sporting goods -- and ever growing*

Bankrate.com and E-loan *can help find the best interest rates for a mortgage, auto, credit card or other loan*

Bizrate *lets you see how fellow consumers rate online merchants and compares prices*

BizWeb: *Internet commercial sites by category*

Buy.com *good prices and service on electronics, books, music and video.*

Buyer's Index *searches 19,000 Web sites and catalogs for the product you seek.*

Consumer Search *Reviews of products from a variety of publications*

DeepDiscount.com *has consistently low CD and DVD prices*

Ebay *The online auction house and storefront*

Epinions *has consumer reviews of many products, and price comparisons (now part of Shopping.com)*

PriceGrabber, PriceScan and Shopping.com *let compare prices for computer hardware and software, electronics, movies, books and other goods.*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**TRAVEL**

**Reservations**

Travelocity, Expedia, Orbitz and CheapTickets *have airline tickets, car rentals, hotel reservations, travel information*

ITA Software *Clear, well-organized listings of flights and fares, domestic and international, with booking codes.*

Kayak and Sidestep *search for travel fares and prices across multiple sites*

Hotels.com *Hotels, vacation rentals, packages*

Quikbook *Good rates for selected hotels in major destinations (mostly in the United States)*

Hotwire *can help you find travel bargains if you're flexible*

Priceline *lets you name your own price for travel (and mortgages), and see if anyone will bite.*

Site 59 *Big discounts on last-minute travel packages*

Travelzoo *collects special travel offers from many sites*

SeatGuru *will help you figure out where (and where not) sit on your next flight.*

Hertz, Avis, National and Budget *will rent you a car*

**Guides**

Betterbidding.com *helps you understand what kind of hotel bids succeed on Priceline and Hotwire*

Concierge.com *from Conde Nast, publisher of Traveler*

Fodor's *Online home of the well known travel books*

Forbes.com's travel area *has an archive of useful city guides*

Frommer's *Online home of the well known travel books*

Gorp *Guide to adventure travel and outdoor recreation*

InfoHub *Travel guide organized by specialties*

Lonely Planet *Online home of the well known travel books*

National Geographic Travel *and its Traveler magazine*

PlanetRider *collects and rates more travel sites than we could list here*

Rough Guides Travel *Online version of the travel guides*

This Is Travel *British travel site*

Travel+Leisure *from the American Express magazine*

Travelers' Health *from the Centers from Disease Control gives health information for your destination*

Travelweb *Hotel booking from the hotel industry*

TripAdvisor *Well organized site, particularly strong for traveler feedback and multi-site hotel rate searching*

U.S. State Department *Country background papers, passport and visa information, travel warnings and advice*

ViaMichelin *Travel guides, hotel and restaurant ratings, directions from the venerable Michelin*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**ENTERTAINMENT/CULTURE/PASTIMES**

The Internet Movie Database *Everything you want to know about films*

Rotten Tomatoes *is popular for its collections of movie reviews, previews and information.*

Metacritic *gathers reviews of movies and DVDs, music, books and more.*

Movie Review Query Engine *Find reviews from all over for the movie of your choice*

Reel.com *helps you find movies it thinks you'll like*

Moviefone, MovieTickets.com and Fandango *have theater times and advance ticket purchases*

Ticketmaster *has information and tickets for music, theater and sporting events*

YouTube, Veoh, Vimeo, Atom Films and ifilm *offer short films, animations and other video*

TV Guide *Now includes an extensive movie database*

Zap2it *provides customized TV listings (Gist is gone)*

PBS Online

The Discovery Channel Online

National Endowment for the Arts

The Museum of Online Museums *can guide you to some of the Web's best museum sites.*

World Wide Arts Resources

NWHQ:*Independent artists on the Web*

The Louvre *More fun to visit in person, but you can see many exhibits without leaving home.*

Art on the Net, *an exhibit by 80 artists, and links to other art sites*

mp3.com *makes a wide variety of music available in its eponymous Internet format*

Rock and Roll Hall of Fame

Internet Underground Music Archives

Classical Music Archive *An extensive collection of classical music to hear and download*

Epicurious, the Food Network, Allrecipes.com and RecipeSource *will help you answer the question, "What's for dinner?"*

Wine Spectator *has ratings and reviews of thousands of wines*

Wine Lovers' Page *is full of wine ratings, questions and answers, information (and enthusiasm)*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**SPORTS & RECREATION**

ESPN.com

Sportsline *from CBS*

CNN/SI *from CNN and Sports Illustrated*

Fox Sports

Sporting News

The Sports Network *gives up to the minute news and results*

Allsports *has news, scores, odds, audio feeds and more*

- NBA.com *from the N.B.A.*
- NFL.com *from the N.F.L.*
- MLB.com *from Major League Baseball*
- GORP, *the Great Outdoor Recreation Pages, has extensive information on parks and outdoor activities of all sorts*
- The WWW Bicycle Lane *A bit dated, but still a good collection of links*
- The Tennis Server *has news, schedules, rules and more*
- GolfWeb, GolfDigest.com and PGA.com *cover the golf world*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**DEMONSTRATIONS AND MISCELLANY**

- Cool Site of the Day
- Ghost Sites of the Web *will guide you to some of the rusting hulks along the information superhighway.*
- QuickBrowse *lets you combine and fetch Web pages you frequently read into one long page.*
- The F.B.I.'s Most Wanted and Most Wanted Terrorists
- eHow.com *teaches you how to do useful everyday things*
- How Stuff Works *tells you just that*
- Urban Legends Reference Pages. *Avoid passing bogus chain e-mails to your friends.*
- LivePlasma *visually maps musical artists and movies you might like based on ones you already like.*
- Dead People Server *might answer the question, "What ever happened to . . ."*
- Sites for parents and children *from the American Library Association*
- The Old Farmer's Almanac *comes in a new electronic form.*
- Internet virus myths and Virus hoax information *Check here before you pass along that grave warning*
- Sodaconstructor *lets you make models of masses and springs -- and makes your time disappear*
- Tarot Card Reader, I Ching and more
- Elvis Presley's Graceland, *the ever more elaborate official site, and* the unofficial Elvis home page
- iVillage *concentrates on women's interests.*
- Gay.com, PlanetOut and Queer Resources Directory *have news and information for gay people*
- Earthcam *has links to live cameras all over the Net*

**Jump to:** Net Search | Journalism | Reference | Directories | Publications | Politics | New York Region | Commerce | Travel | Entertainment | Sports | Miscellany | About

**ABOUT THIS PAGE**

For more than 10 years, the Newsroom Navigator has been used by New York Times reporters and editors as the starting point for their forays onto the Web. Its primary intent is to give the news staff a solid starting point for a wide range of journalistic functions without forcing all of them to spend time wandering around to find a useful set of links of their own. The list is by its nature highly selective and constantly changing. Suggestions are always welcome.

*Maintained by Rich Meislin. Revised 2/25/07.*

Home World U.S. N.Y. / Region Business Technology Science Health Sports Opinion Arts Style Travel Jobs Real Estate Automobiles Back to Top

Copyright 2007 The New York Times Company Privacy Policy Search Corrections RSS First Look Help Contact Us Work for Us Site Map