Google Blog Search: "google notebook"　　　　　　　http://blogsearch.google.com/blogsearch?as_q=&num=10&hl=en&c...



Web　　Images　　Video　　News　　Maps　　more »

"google notebook"　　　　　　　　　　　　Advanced Blog Search
　　　　　　　　　　　　　　　　　　　　　Preferences
Search Blogs　　Search the Web

## Blog Search

Results **1 - 10** of about 3,822 for **"google notebook"**. (0.08 seconds)

**Published**　　　　　　　　　　　　　　　Sorted by relevance　　Sort by date

Last hour
Last 12 hours
Last day
Past week
Past month
Anytime
→4/17/2007 -
8/17/2007

Choose Dates

Subscribe:

✉ Blogs Alerts
Atom | RSS

### Google Notebook can help with your research
16 Aug 2007 by Design Ninja
Whatever they use, there seems to be consensus that they're generally dissatisfied with the approach and tools they use. We have something you may be unaware of which could solve someof these same problems. It's called **Google Notebook**. ...
Google Finance Blog - http://googlefinanceblog.blogspot.com/

### Geek To Live: Getting Things Done with Google Notebook
2 May 2007 by Gina Trapani
Second: why **Google Notebook**? While there are dozens of online list makers, **Google Notebook** is flexible enough (ie, not just a list) for you to work and tweak your GTD system to your liking. It can capture information anywhere on the web ...
Lifehacker: Feature - http://lifehacker.com
[ More results from Lifehacker: Feature ]

### Open Google Notebook in Firefox Sidebar
20 Apr 2007 by Mitch
I think it is too small and doesn't allow me to open and shut it very quickly. What's the solution? Well I took the Google personalized homepage widget for **Google Notebook** and added it to the sidebar of Firefox. ...
Mitchelaneous - http://www.mitchelaneous.com

### Google Notebook search
9 Aug 2007
This searches **Google Notebook** for the keyword and provides the result in a new Window.
Latest Google Modules - http://www.googlemodules.com - References

### Google Integrates Google Notebook in SERPs
17 Jul 2007 by andy.beal@gmail.com (Andy Beal)
It's been nearly four months since Google let **Google Notebook** out of beta, but it was just today I noticed that they've integrated **Google Notebook** into search engine results pages:. Click on the "Note this" link and the text changes to ...
Andy Beal's Marketing Pilgrim - http://www.marketingpilgrim.com

### Google Notebook
13 Aug 2007 by dominik
**Google Notebook** to the rescue. With its new Firefox plug-in, you can select text from a web page, click it, click Clip and then put it into an appropriate notebook. It'll automatically record the URL you found it from and clip the ...
blog.dominik.net - http://blog.dominik.net

### Cool Google Notebook Trick
12 Aug 2007 by KokPang Yeo
I just found out a cool new way to use **Google Notebook** from Day 10 of 30 Day Challenge. Thanks, Ed.

EXHIBIT
KK

Dockets.Justia.com

Counting Your Blessings - http://countingyourblessings.wordpress.com

scottlord @ 2007-08-15T20:06:00
15 Aug 2007 by scottlord
scottlord **Google Notebook**. My Notebook Bookmarks Bookmarks Swedish Film | Google Groups Bookmarks Swedish Erotic Film | Google Groups scottlord- Greta Garbo Google Group My Notebook My Notebook My Notebook My Notebook - Google Notatbok ...
scottlord - http://scottlord.livejournal.com/

What is **Google Notebook**?
16 Aug 2007 by Nish
Google search has added a new feature to their search results. It seems as a cool feature, but still too early to predict the furture. I tried it and found that, it doesnt use tagging, and sharing is only available among friends. ...
Vebguru.com - http://www.vebguru.com

**Google Notebook**
11 Aug 2007 by wakako
So I don't think I talked enough about **Google Notebook** when I blogged about Google Reader couple days ago. I am so hooked with **Google Notebook**. It's not even funny. I love the fact that I can always access to my notebook when I have my ...
toy box - http://designplus.vox.com/library/posts/page/1/

Stay up to date on these results:
- Create an email alert for **"google notebook"**
- Add a blog search gadget for **"google notebook"** to your Google homepage
- Subscribe to a blog search feed for **"google notebook"** in Google Reader New!

Gooooooooogle ▶
Result Page:    1 2 3 4 5 6 7 8 9 10    Next

"google notebook"        Search Blogs    Search the Web

Google Home - About Google Blog Search

©2007 Google