iLOR, LLC v. Google, Inc. Doc. 12 Att. 41

# Gartner

# SEARCH RESULTS

BROWSE   PREVIOUS SEARCH   ADVANCED SEARCH   RESULTS

HELP

**EXHIBIT LL**

Dockets.Justia.com

⦿ All Research  ◯ Free Research  ☐ Include Archived Research

```
social software                        [SEARCH NOW]
```

Go back to your previous searches

☐ Search within current results

**Current Search:** social software

›Hide Summaries
›Print Results

Your search matches 550 Gartner Research documents. (Excludes Archived Documents)

**Showing Results:** 1-25                                           1 | next page

Sort by Relevancy          Sort by Date ▽

Key Issues for Enterprise Social Software, 2007                    [Buy]
23 February 2007                                                   Pages: 3
Technologies

Nikos Drakos

Social software promises a "grass roots" approach to creating and exploiting knowledge within enterprises. Gartner's 2007 research agenda on social software will identify key technology and market trends, and highlight best practices.

Click to Browse:
Emerging Technologies; Social Software


Answers to Client Questions on Social Software
3 August 2007                                                      Pages: 6
Technologies

Nikos Drakos

Attendees at a recent Gartner conference roundtable shared their expectations and concerns surrounding the business use of social software. The discussion looked at the business value of blogs and wikis, their risks, the investment justification and the perennial issue of defining social software.

Click to Browse:
Blogs and Wikis; Social Software


Seven Ways to Succeed With Wikis and Social Software               [Buy]
15 June 2007                                                       Pages: 5
Technologies

Nikos Drakos

IT managers in charge of deploying social software, such as wikis, should focus on usability, identifying the right context, exposing connections, appealing to self interest and gaining management recognition.

Click to Browse:
Application Deployment; Blogs and Wikis; Deployment and Distribution; Social Software


Mitigate Risk But Don't Smother Wiki and Social Software Deployments                                 [Buy]
15 June 2007                                                                                    Pages: 5
Technologies

Nikos Drakos

We identify the most likely sources of risk in wiki and other social software deployments, and offer recommendations and suggestions on taking a balanced approach toward risk mitigation.

Click to Browse:
Blogs and Wikis; Deployment and Distribution; Operational Risk Management; Social Software


From Integrated Collaboration to Collaboration and Social Software: Market Definition Update        [Buy]
15 June 2007                                                                                    Pages: 5
Markets

Nikos Drakos

In recognition of the independence of buying decisions between communications infrastructure and collaboration support, we are changing our inclusion and evaluation criteria for products in the integrated collaboration market.

Click to Browse:
Collaboration; Social Software; Unified Communications


Enterprise Social Software to Boost Efficacy of Non-Routine Work                                    [Buy]
4 September 2006                                                                                Pages: 6
Technologies

Nikos Drakos

Social software techniques and technologies are commonplace on the public Internet. They will also become crucial in supporting and strengthening collaboration and non-routine work in businesses.

Click to Browse:
Emerging Technologies; Social Software


The Emerging Enterprise Social Software Marketplace                                                 [Buy]
23 July 2007                                                                                   Pages: 10
Markets

Tom Eid | Nikos Drakos

Enterprise social software is forecast to have compound annual revenue growth of 41.7% through 2011. Investments are expanding beyond blogs and wikis to include social software platforms, bookmarking, communities of practice, discussion forums, expertise location and information feeds.

Click to Browse:
Consumerization of IT; Social Software


Findings: Social Networks Are Adding a New Dimension to PLM
9 March 2007                                                                                           Pages: 2
Technologies

Marc Halpern | Carol Rozwell

A key reason manufacturers adopt product life cycle management software is to innovate on new products faster. Social-networking software will play a growing role in PLM as a means of more easily connecting talented innovators.

Click to Browse:
Manufacturing Competitive Strategies; Product Life Cycle Management; Social Software


Findings: KM + Web 2.0 = Productivity and Innovation                                                   [Buy]
19 July 2007                                                                                           Pages: 3
Technologies

Kathy Harris | Jeffrey Mann

Gartner began covering knowledge management in its Hype Cycles in 1997. Ten years later, KM is as important as ever, and its evolution continues. Teaming, knowledge networks and social software are solid practices that can boost the effectiveness of KM.

Click to Browse:
Collaboration; Consumerization of IT; Knowledge Management; Social Software; Web 2.0


Presence in Social Networks and Online Communities                                                     [Buy]
14 May 2007                                                                                            Pages: 4
Technologies

David Mario Smith | James Lundy

The use of presence is impacting how people connect and interact with each other. Social computing and virtual worlds will continue to emerge rapidly and presence will add the ability in those environments for people to connect in real time.

Click to Browse:
Real-Time Collaboration; Social Software


Content Analytics: Finding People                                                                      [Buy]
29 June 2007                                                                                           Pages: 3

Technologies

Rita E. Knox | Whit Andrews | Nikos Drakos

Content analytics can be used to answer questions precisely and to find specific information. Here we provide examples of how they can augment social software applications.

Click to Browse:
Enterprise Content Management; Expertise Location; Search and Information Access; Social Software

The High-Performance Workplace Defined Update  
4 May 2007  
Technologies

[Buy]  
Pages: 6

Tom Austin | Rita E. Knox

A high-performance workplace focuses on increasing people's influence on a business, as well as the impact of processes, methods, physical environment, technology and tools that enhance their work. Letting best-case use models emerge from user innovations is a critical best practice.

Click to Browse:
IT Performance Management; IT Strategic Planning; IT Workforce Strategy; IT Workplace Strategy; Knowledge Support; Technology-Enabled Workforce; Workforce and Workplace Management

Social Interaction Is Important to Many, but Few Realize How IT Can Help  
22 June 2007  
Business Issues

[Buy]  
Pages: 9

Tom Austin

The results of a survey carried out during a Gartner "Socializing Technology" presentation indicate social interactions are important to enterprises and that IT can play a role. But more people appreciate the value of social interactions than believe their IT investments add value to them.

Click to Browse:
Social Software; Workforce and Workplace Management

Collaboration Markets Move to Support Integrated Environments  
12 July 2007  
Technologies

Pages: 3

Jeffrey Mann

Market developments show that e-mail, Web conferencing, e-learning, instant messaging and other technologies are well on the way toward linking together to become birthright tools for all users. Implementation decisions should take this trend into account.

Click to Browse:
Collaboration; E-Mail and Calendaring; Instant Messaging; Social Software; Web Conferencing


Social Sciences Will Become More Important Than IT to IT Departments  [Buy]
26 April 2007                                                          Pages: 5
Technologies

Tom Austin

IT managers will need expertise on social interaction as a focus on enhancing social interactions subsumes and supersedes more-traditional uses of IT.

Click to Browse:
Emerging Technologies; Social Software


Predicts 2007: Big Changes Ahead in the High-Performance Workplace  [Buy]
5 December 2006                                                      Pages: 6
Technologies

Tom Austin | David W. Cearley | Jeffrey Mann | Gene Phifer | Daniel Sholler | Kathy Harris | Toby Bell | Rita E. Knox | Matthew W. Cain | Michael A. Silver

Performance will be enhanced if firms help employees improve the non-routine aspects of their jobs. Socializing, and finding the right people and information to work with, are key. IT will do this very differently by 2010.

Click to Browse:
Collaboration; Knowledge Support; Office Suite Software; Personal Productivity Software; Social Software


What Social Search Means to Your Enterprise  [Buy]
16 May 2007                                   Pages: 5
Technologies

Whit Andrews

Social search is becoming pervasive on the Web, and it will therefore impact enterprises, because their employees will want to use Web products like de.licio.us and because they will expect similar capabilities behind the firewall.

Click to Browse:
Search and Information Access; Social Software


The Top Five IBM Issues in the Workplace  [Buy]
7 August 2007                              Pages: 4
Vendors

James Lundy | Jeffrey Mann | Tom Austin | David W. Cearley

IBM faces five issues in the workplace. The biggest issue is shifting its marketing so that it can sell directly to users and not simply to IT departments.

Click to Browse:
Collaboration; Knowledge Support

Key Issues in the Enterprise Application of Web 2.0 Practices, Technologies, Products and Services, 2007  [Buy]
14 June 2007                                                                                                Pages: 6
Technologies

Anthony Bradley

Web 2.0 has ushered in the latest Internet revolution. When applied carefully, many of the practices, technologies, products and services growing out of Web 2.0 can deliver significant value to the enterprise.

Click to Browse:
Application Architecture; Social Software; Web 2.0

IBM Lotus Connections Will Attract Early Adopters Despite Immaturity  [Buy]
14 June 2007                                                                                                Pages: 7
Products

Nikos Drakos | David W. Cearley

Lotus Connections is a useful social software for connecting people and information in an organization, despite its flaws. Early adopters should consider Lotus Connections as an option for the broad deployment of specific capabilities, but not as a complete suite.

Click to Browse:
Collaboration; Social Software

Findings From People Work Culture and Society Research Community: Lessons Learned from Digital Natives  [Buy]
9 November 2006                                                                                             Pages: 3
Business Issues

Diane Morello

Peer-to-peer social networking, a phenomenon among students worldwide, poses interesting opportunities for enterprises. Get ahead of the phenomenon.

Click to Browse:
File Sharing; IT Workplace Strategy; Social Software; Workforce and Workplace Management

Cool Vendors in the High Performance Workplace, 2007  [Buy]
15 March 2007                                                                                               Pages: 6

Vendors

Toby Bell | Tom Austin | Nikos Drakos | James Lundy | Matthew W. Cain | Gene Phifer | Jackie Fenn | Waldir Arevolo De Azevedo Filho

Cool vendors in the high-performance workplace are helping to bridge the gulf between people and ideas and/or information. Some of the vendors in this report are Web-based, while others are tied to enterprise or individual software components, but all could significantly improve the way we get things done.

Click to Browse:
Collaboration; Emerging Technologies; Social Software


Toolkit Case Study: Altitude's User-Centered Wiki Becomes a Mission-Critical Tool
3 August 2007                                                                                                Pages: 6
Technologies

Nikos Drakos

In 2004, Altitude Software carried out a wiki documentation experiment using an open-source product. This application went on to become a mission-critical platform for effective collaboration across the entire organization.

Click to Browse:
Blogs and Wikis; Business Intelligence and Information Management Roles


Testing the Value of Social Relationship Support in the Enterprise                                          [Buy]
22 June 2007                                                                                                 Pages: 5
Business Issues

Tom Austin

Our eight-question social process diagnostic survey should be used to determine if (and where) social process support may add value. We present the survey, give some of the thinking behind it and detail three steps to take if an enterprise decides to proceed with such an undertaking.

Click to Browse:
Workforce and Workplace Management


Findings: When Business and Virtual Worlds Collide                                                          [Buy]
5 June 2007                                                                                                  Pages: 2
Technologies

David Mario Smith | James Lundy

IBM's integration of IBM Lotus Sametime with Second Life suggests a new frontier where corporate instant messaging and presence systems will extend to virtual worlds and environments.

Click to Browse:
Consumerization of IT; Instant Messaging; Social Software

1 | next page

○ All Research   ○ Free Research   ☐ Include Archived Research

social software                                          [SEARCH NOW]

Go back to your previous searches
☐ **Search within current results**

© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.