





   

**See video of the roundtable** <u>Windows Media</u> <u>QuickTime</u>     **Read about the event...**

PreFound protected by US pat. #6,925,496 & #7,076,743 ©2006-2007 iLOR,LLC. All Rights Reserved.