# InfoWorld

*Your continued donations keep Wikipedia running!*

From Wikipedia, the free encyclopedia

*InfoWorld* is an information technology online media and events business operating under the umbrella of InfoWorld Media Group, a division of IDG (International Data Group). The InfoWorld web site and executive events provide IT solution information resources in the enterprise IT marketplace as well as opportunities for the enterprise IT community to coalesce and interact to solve business problems, exchange information, and network with other IT professionals.

Among the resources available at the InfoWorld.com web site are the InfoWorld IT Exec-Connect professional networking community, special reports and news articles written by InfoWorld's staff of professional journalists, product reviews and analysis from the InfoWorld Test Center, a large menu of expert blogs, topical email newsletters and RSS feeds, extensive audio and video coverage, and vendor information in the form of white papers, strategy guides, webcasts, and other resources.

InfoWorld Media Group is based in San Francisco and has close ties to Silicon Valley, but utilizes newsgathering assets worldwide to stay on the leading edge of technology media.

## History

The magazine was founded in 1978 as *Intelligent Machines Journal* by Jim Warren and sold to IDG in late 1979. Early the next year the name was changed to *InfoWorld* and in 1986 the Robert X. Cringely column began.[1]

Ethernet inventor, Bob Metcalfe was CEO and publisher from 1991 to 1996 and contributed a weekly column until 2000. As the magazine transitioned to be exclusively web-based, a final print edition was dated April 2, 2007 (Volume 29, Issue 14).

## References

1. ^ *InfoWorld*, April 2, 2007, p.17

## External links

- InfoWorld.com (http://www.infoworld.com/)

Retrieved from "http://en.wikipedia.org/wiki/InfoWorld"


EXHIBIT 00

Categories: Computer stubs | American computer magazines | Monthly magazines | Publications established in 1978

- This page was last modified 13:05, 30 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)

Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.