**NASDAQ**®    | My NASDAQ | Portfolio Tracker | Ticker | NASDAQ Corporate |    Search
⊙ Web ○

Feedback

Aug 24, 2007 | 12:18PM  [Sign In]
US Market Open          NASDAQ 2552.42  10.72 ▲ 0.42% | DJIA 13282.63  46.75 ▲ 0.35% | S&P 1467.74  5.24 ▲ 0.36%

🏠 Home › Quotes+ › Summary Quote

**Quotes+**
FlashQuotes
InfoQuotes
SummaryQuotes
Company News
Charts
Company Financials
Revenue / EPS Summary
Pre-Market Quotes
After Hours Quotes
Analyst Info
<< Back    Search 🔍

Today's
Interest Rates

## NASDAQ Summary Quotes - Stock Prices - Stock Res‹

| Summary Quote | ▼ | GOOG ▼ | | ADD |  EDIT SYMBOL LIST ◂ |  SYMBOL LOOKU‹ |

**Google** · Google Inc. | GOOG
✚ Portfolio Tracking  ✚ Ticker  ✚ Alerts



| 📈 | Analyst Est. Change | 📧 | Latest News | 📈 | Price Charts | 💲 | Company Financials | 📷 | Hoovers Profile |

Aug. 24, 2007 12:05 ET Market Open         Market : NASDAQ-GS
Class A Common Stock



| | |
|---|---|
| Last Sale | **$ 513.01** |
| Change Net / % | 0.82 ▲ 0.16% |
| Best Bid / Ask | $ 513.01 / $ 513.10 |
| 1y Target Est: | $ 600.00 |
| Today's High / Low | $ 513.17 / $ 508.50 |
| Share Volume | 1,132,545 |
| 50 Day Avg. Daily Volume | 5,147,776 |
| Previous Close | $ 512.19 |
| 52 Wk High / Low | $ 558.58 / $ 372.26 |
| Shares Outstanding | 231,472,000 |
| Market Value | $ 118,747,450,720 |
| P/E Ratio | 45.93 |
| Forward P/E (1yr) | 26.24 |
| Earnings Per Share | $ 11.17 |
| Annualized Dividend | N/A |
| Ex Dividend Date | N/A |
| Dividend Payment Date | N/A |
| Current Yield | N/A |
| Beta | 0 |
| NASDAQ Official Open Price: | $ 512.61 |
| Date of NASDAQ Official Open Price: | Aug. 24, 2007 |
| NASDAQ Official Close Price: | $ 512.19 |
| Date of NASDAQ Official Close Price: | Aug. 23, 2007 |

PINPOINT
THE POSIT

REGIONAL
MANAGER

C
Chic

Updated 08/24/0
Only Le

CME E-mini™ NASDAC
**Last   1946.75   Cha**

**Consensus Recommendation**

**Sell** ◀■■



EXHIBIT
QQ

Dockets.Justia.com



**CapitalOne**
what's in your wallet?

This summer, chill out with more rewards, and no hassles.

**Analyst Info**

| | |
|---|---|
| Annual EPS Est: | $ 15.27 |
| Quarterly EPS Est: | $ 3.75 |
| PEG Ratio: | 0.94 |
| Mean Recommendation: | 1.82 |

**View Summary/View All**

**Intraday Chart**



5d | 1m | 6m | 12m | More Charting

**Company News**

| | |
|---|---|
| 08/24/2007 12:05PM - The Motley Fool | Foolish Book Review: "Freakonomics" |
| 08/24/2007 11:10AM - The Motley Fool | Where's the Money, Bunny? |

NASDAQ Summary Quotes - Stock Prices - Stock Research                http://quotes.nasdaq.com/asp/SummaryQuote.asp?symbol=GOOG&s...

**PRACTICE**

8/24/2007 12:20 PM