# CNN

From Wikipedia, the free encyclopedia
(Redirected from Cnn)

**Cable News Network,** commonly referred to by its acronym **CNN**, is a major cable television network founded in 1980 by Ted Turner.[1][2] The network is now owned by Time Warner, the news network is a division of the Turner Broadcasting System. CNN introduced the idea of 24-hour television news coverage, celebrating its 25th anniversary on June 1, 2005.

In terms of cumulative (Cume) Nielsen ratings or "unique viewers", CNN rates as America's number one cable news source.[3] While the news network has numerous affiliates, CNN primarily broadcasts from its headquarters at the CNN Center in Atlanta, the Time Warner Center in New York City, and studios in Washington, DC. As of December 2004, the network is available in 88.2 million U.S. households and more than 890,000 American hotel rooms. The U.S version of their broadcast is also shown in Canada. Globally, CNN airs through CNN International and has combined branded networks and services that are available to more than 1.5 billion people in over 212 countries and territories.

| | Cable News Network<br>Time Warner Company |
|---|---|
| | **CNN logo** |
| Type | Cable television network |
| Branding | CNN |
| Availability | United States, Canada, worldwide (via CNN International), online (via CNN Pipeline), radio (news reports on the half hour) |
| Founder | Ted Turner |
| Slogan | "The Most Trusted Name in News" |
| Owner | Turner Broadcasting (Time Warner) |
| Key people | Reese Schonfeld<br>Jim Walton (Pres., CNN Worldwide)<br>Jonathan Klein (Pres., CNN/US) |
| Launch date | June 1, 1980 |
| Website | www.cnn.com (http://www.cnn.com/) |

Some conservative observers have claimed that CNN has a liberal bias. Critics, such as Accuracy in Media and MRC, have claimed that CNN's reporting contains liberal editorializing within news stories. [4][5]

## Contents

- 1 History
    - 1.1 The Gulf War
    - 1.2 The CNN effect
    - 1.3 9/11
    - 1.4 Experiments
- 2 Online
- 3 Trivia
- 4 CNN in popular culture
- 5 Current shows
- 6 Weekday schedule
- 7 Former shows
- 8 Specialized channels
- 9 Personalities



- 9.1 Present
- 9.2 Past
- 10 Bureaux
  - 10.1 United States
  - 10.2 Worldwide
- 11 Criticism and controversies
- 12 See also
- 13 References
- 14 External links

# History

The Cable News Network was launched at 6:00 p.m. EST on June 1, 1980. After an introduction by Ted Turner, the husband and wife team of David Walker and Lois Hart anchored the first newscast.[6] Since its debut, CNN has expanded its reach to a number of cable and satellite television networks, several web sites, specialized closed-circuit networks (such as CNN Airport Network), and two radio networks. The network has 42 bureaus, more than 900 affiliated local stations, and several regional and foreign-language networks around the world. The network's success made a bona-fide mogul of founder Ted Turner and set the stage for the Time Warner conglomerate's eventual acquisition of Turner Broadcasting.

Despite its domestic standing, CNN remains a distant second in international news coverage, reaching just over half of the audience of the older BBC News. Unlike BBC's network of reporters and bureaus, CNN International makes extensive use of affiliated reporters that are local to, and often directly affected by, the events they are reporting. The effect is a more immediate, less detached style of on-the-ground coverage. This has done little to stem criticism, largely from Middle Eastern nations, that CNN International reports news from a pro-American perspective. This is a marked contrast to domestic criticisms that often portray CNN as having a "liberal" or "anti-American" bias.

A companion network, Headline News (originally called CNN2) was launched in 1982 and featured a continuous 24-hour cycle of 30-minute news broadcasts. Headline News broke from its original format in 2006 with the addition of *Headline Prime*. Current programs feature confrontational personalities like radio talk-show host Glenn Beck and former Fulton County, Georgia prosecutor Nancy Grace.

## The Gulf War


The neutrality of this section is disputed.
Please see the discussion on the talk page.

The first Persian Gulf War in 1991 was a watershed event for CNN that catapulted the network past the "big three" American networks for the first time in its history, largely due to an unprecedented, historical scoop: CNN was the only news outlet with the ability to communicate outside Iraq during the initial hours of the American bombing campaign. Clandestine live reports from the al-Rashid Hotel in Baghdad by reporters Bernard Shaw, John Holliman, and Peter Arnett are some of the most nail-biting, suspenseful reports in television news history.

Much of the vivid suspense results, ironically, from the reporters' inability to offer a video feed, which forced CNN to present their degraded, telephone-quality audio over live green-tinted night-vision shots

of a Baghdad sky streaked with tracers and explosions. These images evoked Edward R. Murrow's radio reports of the London Blitzkrieg during World War II, resulting in some of the most indelible journalistic images of the late 20th Century. Their impact was widespread and profound.

The Gulf War experience brought CNN some much sought-after legitimacy and made household names of previously obscure (and infamously low-paid) reporters. Many of these reporters now comprise CNN's "old guard." Bernard Shaw became CNN's chief anchor until his retirement in 2001. Others include then-Pentagon correspondent Wolf Blitzer (now host of *The Situation Room* and *Late Edition with Wolf Blitzer*) and international correspondent Christiane Amanpour. Amanpour's presence in Iraq was caricatured by actress Nora Dunn as the ruthless reporter "Adriana Cruz" in the film *Three Kings* (1999, dir: David O. Russell). Time Warner later produced a television movie, *Live from Baghdad*, about the network's coverage of the first Gulf War, which aired on HBO.

### The CNN effect

Coverage of the first Gulf War and other crises of the early 1990s (particularly the infamous "*Black Hawk Down*" Battle of Mogadishu) led officials at the Pentagon to coin the term "the CNN effect" to describe the perceived impact of real time, 24-hour news coverage on the decision-making processes of the American government.

### 9/11

CNN claims to be the first network to break news of the September 11 attacks. Anchor Carol Lin was on the air to deliver the first public report of the event. She broke into a commercial at 8:49 a.m. ET and said:

> "This just in. You are looking at obviously a very disturbing live shot there. That is the World Trade Center, and we have unconfirmed reports this morning that a plane has crashed into one of the towers of the World Trade Center. CNN Center right now is just beginning to work on this story, obviously calling our sources and trying to figure out exactly what happened, but clearly something relatively devastating happening this morning there on the south end of the island of Manhattan. That is once again, a picture of one of the towers of the World Trade Center."

Sean Murtagh, CNN vice-president for finance & administration, was the first network employee on the air in New York.[7]

### Experiments

CNN launched two specialty news channels for the American market which would later close amid competitive pressure: CNNSI shut down in 2002, and CNNfn shut down after nine years on the air in December 2004. CNN and Sports Illustrated's partnership continues today online at CNNSI.com. CNNfn's former website now redirects to money.cnn.com, a product of CNN's strategic partnership with Money Magazine.

## Online

CNN debuted its news website CNN.com (http://www.cnn.com/) (then known as as *CNN Interactive* or *CNNi*) on August 30, 1995. Initially an experiment, interest in CNN.com grew steadily over its first

decade and today CNN.com is now one of the most popular news websites in the world. The widespread growth of blogs, social media and user-generated content has had a profound effect on the network, and blogs in particular have focused CNN's previously scattershot online offerings, most noticeably in the development and launch of CNN Pipeline in late 2005.

CNN Pipeline was the name of a paid subscription service, its corresponding website, and a content delivery client that provided streams of live video from up to four sources (or "pipes"), on-demand access to CNN stories and reports, and optional pop-up "news alerts" to computer users. The installable client was available to users of PCs running Microsoft Windows. There was also a browser-based "web client" that did not require installation. The service was discontinued in July of 2007 and replaced with a very similar but free web based live video service.[8]

The now-defunct topical news-program Judy Woodruff's Inside Politics was the first CNN program to feature a round-up of blogs in 2004. Blog coverage was expanded when Inside Politics was folded into the The Situation Room. In 2006, CNN launched CNN Exchange and CNN iReport, initiatives designed to further introduce and centralize the impact of everything from blogging to citizen journalism within the CNN brand. CNN iReport which features user-submitted photos and video, has achieved considerable traction, with increasingly professional-looking reports filed by amateur journalists, many still in high school or college. The iReport gained more prominence when observers of the Virginia Tech Shootings sent-in first hand photos of what was going during the shootings.

CNN continues to expand its online platform and now offers several RSS feeds and podcasts.

## Trivia

- On March 21, 2006, the Gallup polling company dropped CNN as its outlet for electronic distribution, due in part to CNN's lower ratings.[9]

## CNN in popular culture



CNN crews are getting ready for 4th of July Coverage, in Washington DC, 2002

- CNN has been parodied many times. Many movies outside of the Turner Broadcasting Network also mention CNN in their storylines. In the movie Mr Bones appears a news network with the name "CCN", its logo being in the same font as CNN's. In the video game *Desert Strike*, CNN is parodied by calling the news station, **EANN**, with the EA standing for the video game company's name, Electronic Arts. The movie Batman Forever shows a newscast on "GNN" (presumably standing for Gotham News Network) The Logo is very similair to the "CNN" logo. Other parodies, or references include Command and Conquer Zero Hour's American campaign, featuring updates on missions with a correspondent from BNN, the rapper Eminem included a similar alteration in his song Without Me, where, dressed up as Osama Bin Laden he was reported on by ENN, obviously due to his name being **Eminem**. Some fictional television shows also use a parody of CNN known as *ZNN*.

*See also: Groland and CNNNN*

- CNN's most famous station ID is a five-second musical jingle with James Earl Jones' simple but classic line, *"This is CNN."* Jones' voice can still be heard today in updated station IDs. The line has also been referenced in other programming.

# Current shows

- *American Morning* - The network's morning news program. Hosted by Kiran Chetry and John Roberts.
- *CNN Newsroom* - A daily look at what's making news, airing live from Atlanta. Anchored by Heidi Collins and Tony Harris (Weekday Mornings); Kyra Phillips and Don Lemon (Weekday Afternoons); Betty Nguyen and TJ Holmes (Weekend Mornings), Fredricka Whitfield (Weekend Afternoons); and Rick Sanchez (Weekend Evenings). Weekend anchors also act as weekday substitutes if need be.
- *Your World Today* - A CNN International program covering international news in-depth.
- *The Situation Room* - A fast-paced look at the day's top stories, focusing on politics and homeland security. Anchored by Wolf Blitzer.
- *Lou Dobbs Tonight* - A nightly news and discussion program; evolved from *Moneyline*, a nightly business newscast.
- *Larry King Live* - A nightly talk program, hosted by Larry King
- *Anderson Cooper 360°* - A fast-paced, nightly news program with former ABC News reporter Anderson Cooper.
- *Reliable Sources* - A weekly talk program focusing on a critical look at the media. Washington Post media critic Howard Kurtz hosts and talks with a panel of guests about how well the media covered the week's stories. Guests usually include print, television, and Internet journalists.
- *Late Edition with Wolf Blitzer* - CNN's political talk show, similar to CBS' *Face the Nation* or NBC's *Meet the Press*.
- *House Call* - A medically oriented program, hosted by Dr. Sanjay Gupta.
- *This Week at War* - An inside look at the week's developments in the war on terror from CNN correspondents. Hosted by Tom Foreman.
- *CNN Saturday Morning/CNN Sunday Morning* - The network's weekend morning news program. Anchored by Betty Nguyen and TJ Holmes.
- *CNN Special Investigations Unit* - Formerly known as "CNN Presents," "CNN:SIU" is a long-form investigative series that features CNN correspondents delivering in-depth, hour-long feature reports on current events and other news worthy topics.
- *CNN Presents* - A program that features multi-hour event productions [10][11][12], such as Anderson Cooper's "Planet in Peril" or Christiane Amanpours' "God's Warriors". [13]
- Open House - A personal finance show with a focus on the housing market, hosted by Gerri Willis

# Weekday schedule

| | 6:00 AM | 9:00 AM | 12:00 PM | 1:00 PM | 4:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|
| MON - FRI | *American Morning* | *CNN Newsroom* | *Your World Today* | *CNN Newsroom* | *The Situation Room* | *Lou Dobbs Tonight* | *The Situation Room* | *Open Mike* [14] | *Larry King Live* | *Anderson Cooper 360°* |

**Note:**

- *All times are in the Eastern Time Zone. From 12.00am - 6.00am* Larry King Live, Anderson Cooper 360° *and* Lou Dobbs Tonight *are replayed overnight.*
- *Open Mike* will be hosted by a rotating set of personalities until Campbell Brown joins the network on November 1st, 2007

# Former shows

- *Both Sides with Jesse Jackson* - A political talk show, hosted by civil rights leader and two-time presidential candidate Jesse Jackson, that aired Sundays. The show ran from 1992 to 2000.[15]
- *The Capital Gang* - One of cable news' longest running programs, focusing on political news. Original panelists included Pat Buchanan, Al Hunt, Mark Shields, and Robert Novak. When Buchanan left the network to run for president, Margaret Carlson and then Kate O'Beirne became regular panelists. *The Capital Gang* aired Saturday nights at 7 p.m. ET from 1988 to 2005.
- *Crossfire* - A political debate program, consisting of views from left-wing and right-wing ideologies, that aired during prime time and daytime until mid-2005. Originally hosted by Tom Braden and Pat Buchanan, other former hosts included Robert Novak, Michael Kinsley, Tucker Carlson, James Carville, Paul Begala, Geraldine Ferraro, Bay Buchanan, and Donna Brazile. *Crossfire* was discontinued in 2005, with Klein denouncing the show as "just two men screaming at each other."
- *Evans and Novak* - Saturday night political discussion program with Rowland Evans and Robert Novak. The name changed to *Evans, Novak, Hunt and Shields* in 1998 when Al Hunt and Mark Shields became permanent panelists. When Evans left the show in 2001, the name changed to *Novak, Hunt, and Shields* for its final year on CNN.
- *Next@CNN* - A scientific and technology oriented program hosted by Daniel Sieberg. Aired on weekends. Despite its cancellation on CNN in the U.S., the show continues to air new episodes on CNN International.
- *Inside Politics* - A political program that aired from 3:30–5 p.m. ET weekdays. Replaced by *The Situation Room* in 2005.
- *Wolf Blitzer Reports* - A daily look at the day's stories that aired live from Washington at 5 p.m. ET. Replaced by *The Situation Room* in 2005.
- *NewsNight With Aaron Brown* - A hard-news program anchored by Aaron Brown which took an in-depth look at the main U.S. and international stories of the day. Was axed from CNN's schedule on November 5, 2005, leading to Brown's immediate resignation from the network.
- *CNN Daybreak* - A first look at the day's stories that aired live from New York at 5 a.m. ET.
- *CNN Sports Sunday* - The first program on CNN. June 1, 1980. Co-anchored by Bob Kurtz and Nick Charles.
- *Connie Chung Tonight* -- Hosted by Connie Chung. Cancelled in March 2003.
- *Freeman Reports* - one of the original programs from 1980. Host Sonja Freeman interviewed guests and took live telephone call-ins regarding current news events and other topics of interest. For a brief period the program featured a live audience in Atlanta. Freeman's former time slot is now occupied by Larry King.
- *People Now* - another original program. Host Lee Leonard interviewed celebrities and discussed entertainment news in a one hour program live from the CNN Los Angeles bureau. Leonard was replaced by Mike Douglas, who himself was replaced by Bill Tush in December 1982.
- *Computer Connection*
- *Future Watch*
- *Your Health*

- *Style with Elsa Klensch* - weekly half hour on Saturday mornings featuring news on style and fashion.
- *Talk Back Live* - A call-in talk show with a live audience hosted most recently by Arthel Neville. Aired from 1994 to 2003.
- *On the Story'* - CNN's interactive "week-in-review" series featuring an in-depth look at the story behind some of the week's biggest stories. Anchored by Ali Velshi. However, the show was suspended in June 2006, later cancelled in July.
- *Burden of Proof* - A show that discussed legal issues of the day, hosted by Greta Van Susteren and Roger Cossack.
- *Newsstand*
- *Newshour*
- *Sonya / Sonya Live In LA* - A weekday call-in show airing at 1PM Eastern in the late 80's & Early 90s hosted by Dr. Sonya Friedman.
- *CNN Live Today* - Was a daily look at what's making news, airing live from Atlanta at 10 a.m. ET on weekdays. Anchored by Daryn Kagan.
- *Live From...* - A lively look at the day's stories airing live from Atlanta at 1 p.m. ET. Anchored by Kyra Phillips.
- *CNN Live Saturday / CNN Live Sunday* - A look at what's making news on the weekends, airing live from Atlanta. Anchored by Fredricka Whitfield 12:00-6:00pm and Carol Lin 6:00-11:00pm. Replaced in 2006 by CNN Newsroom Weekend.
- *CNN Saturday Night/CNN Sunday Night* - The network's weekend evening news program, airing at 6 p.m. ET and 10 p.m. ET. Anchored by Carol Lin. Replaced in 2006 by CNN Newsroom Weekend.
- *People in the News* - CNN's feature-format program with PEOPLE magazine profiling newsmakers from politics, sports, business, medicine, and entertainment. The program aired on the weekend and has hosted by Paula Zahn.
- *Diplomatic License* - Weekly program on CNNI hosted by Richard Roth, focusing on the United Nations. The show ran from 1994 to 2006.
- *Paula Zahn Now* - Was a look at the current issues affecting the world, with former CBS and Fox News anchor Paula Zahn. Last broadcast was on August 2nd, 2007.

## Specialized channels

- CNN Airport Network
- CNN en Español
- CNNfn (Financial network, closed in December 2004)
- CNN Headline News
- CNN HD CNN announced plans to launch a high-definition channel in late 2007
- CNN International
- CNN Pipeline (24-hour multi-channel broadband online news service)
- CNN+ (a partner network in Spain, launched in 1999 with Sogecable)
- CNN Sports Illustrated (also known as CNNSI), the network's all-sports channel, closed in 2002.
- CNN TÜRK
- CNN-IBN An Indian newschannel.
- CNNj

## Personalities

**Present**



Post Production editing offices in Atlanta.

- Anderson Cooper
- Kevin Corriveau
- T.J. Holmes
- Martyn Jeanes
- Betty Nguyen
- Fritz Nivose
- Schneider
- Andrew Serwer

## Past

- Roz Abrams - (Last seen at WCBS-TV)
- Natalie Allen - (Last seen at MSNBC)
- Aaron Arispe Sr.- (Retired)
- Aaron Arispe Jr.- (Now a NFL Football Player)
- Peter Arnett
- Jane Arraf - (Now with NBC News)
- Sharyl Atkisson - (Now with CBS News)
- Rudi Bakhtiar - (Last seen at FOX News Channel)
- Bobbie Battista - (Launched www.Atamira.com)
- Ralph Begleiter
- Jason Bellini - (Now with Logo)
- Charles Bierbauer
- Richard Blystone - (Now with the International Herald Tribune)
- Mike Boettcher - (Now with NBC News)
- Tom Braden
- Rym Brahimi - (retired, married Arab prince)
- Aaron Brown - (Now professor at Arizona State University)
- Lyn Brown - (1984-1988)
- Pat Buchanan - (Now with MSNBC)
- Chris Burns - (Now with Bloomberg)
- Tony Campion - (now with BBC)
- Tucker Carlson - (Now with MSNBC)
- James Carville - (Now with XM radio and film producer - still a guest on various CNN programs)
- Vince Cellini - (Now with the Golf Channel)
- Nick Charles - (Now with Showtime)
- Joie Chen - (Now with CBS News)
- Lynne Cheney- Second Lady of the United States of America
- Ryan Chilcote
- Mike Chinoy - (Now with Pacific Council on International Policy [1] (http://www.pacificcouncil.org/interior.aspx?pageID=News&subID=1&itemID=2)) and also appears on ETTV America
- Sophia Choi
- Jeff Koinange - (left in May 2007)
- Steve Kosch - (www.thevideoeditor.com)
- Sachi Koto - (left in 2005)
- Lawrence Kudlow - (Now with CNBC)
- Greg LaMotte - (Now with KULR-TV Billings, Montana)
- Larry LaMotte - (Deceased)
- Denise LeClair - An original CNN anchor and first Headline News anchor
- Lee Leonard
- Carol Lin - (Left December 30, 2006)
- Kirsten Lindquist
- Bob Losure - (www.boblosure.com)
- Tumi Makgabo
- Mary Matalin - (Now Republican political consultant)
- Deborah Marchini
- Miguel Marquez (Now with ABC News)
- Molly McCoy
- Ann McDermott
- Dennis Michael
- Dave Michaels
- Jim Moret - (Now with Inside Edition and professor at UCLA)
- Valerie Morris - (poised to host a financial literacy programme aimed at woman and people with colour)
- Brian Nelson - (Now Boeing Communications Director At Kennedy Space Center
- Lucia Newman- (Now with Al Jazeera International as a correspondent based in Buenos Aires)
- Lucy Noland- now at KHOU-TV In Texas
- Bryan Norcross - (Now with CBS)
- Robert Novak - (Fox News Channel)
- Joe Oliver
- Patti Paniccia
- Christina Park
- Natalie Pawelski
- Dan Patrick - (Now with ESPN)
- Veronica Pedrosa - (Now with Al-Jazeera International)

- Connie Chung
- Wesley Clark -(FOX News Channel)
- Reid Collins
- Roger Cossack - (now Legal Analyst on ESPN)
- Katie Couric - (Now with CBS News)
- Chris Curle
- Dan Dorfman
- Mike Douglas - (Deceased)
- Patrick Emory - (Retired)
- Don Farmer
- Sasha Foo - (KUSI, San Diego)
- Dr. Sonya Friedman
- David Goodnow
- Gordon Graham
- Jeff Greenfield - (now with CBS News)
- Patrick Greenlaw
- Nick Gregory - (Now with WNYW-Fox)
- Leon Harris - (Now with WJLA-TV)
- Don Harrison - (deceased)
- Lois Hart- (Now with KCRA-TV and KQCA-TV; wife of former CNN alumni Dave Walker)
- James Hattori - (Now with NBC News)
- Bill Hemmer - (Fox News Channel)
- Fred Hickman - (Now with ESPN)
- Maria Hinojosa - (Now with Now on PBS)
- John Holliman - (deceased)
- Andrew Holtz
- Jan Hopkins - (Now independent consultant)
- Jim Huber
- Al Hunt - (Now with Bloomberg)
- Jesse Jackson
- Brian Jenkins
- Daryn Kagan - (Now running Darynkagan.com, her own inspirational website)
- Myron Kandel- (Retired 2005)
- Donna Kelley
- Sandy Kenyon - (PARADE Magazine, various radio & TV)
- Riz Khan
- Michael Kinsley
- Dennis Kirkpatrick
- Bob Kurtz - (First sports anchor, now a minister)
- Kathy Pepino
- Gene Randall - (Now media consultant)
- Dallas Raines - (Now with KABC-TV, Los Angeles)
- Maria Ressa - (Now with ABS-CBN, Philippines)
- Susan Rook - (retired)
- Sonia Ruseler
- Lynne Russell - (Now with CBC/Radio-Canada, anchoring for CBC Newsworld)
- Andrea Sanke - (Now evening anchor for the newly launched France24 English)
- Martin Savidge - (Now with NBC News)
- Daniel Schorr - (Now with NPR as Senior News Analyst)
- Bella Shaw - (now doing infomercials)
- Bernard Shaw - (retired)
- Orelon Sidney
- Kate Snow - (now with ABC-TV)
- Martin Soong - (now with CNBC Asia)
- Flip Spiceland - (Now with WXIA-NBC)
- Hannah Storm - (Now with CBS News)
- Kathleen Sullivan
- John Sununu
- Sherri Sylvester
- Cal Thomas - (Now with Fox News Channel)
- Andrea Thompson
- Bill Tush - (Now free-lance reporter)
- Greta Van Susteren - (FOX News Channel)
- Stuart Varney - (FOX News Channel)
- Lynn Vaughn
- Robert Vito
- Valerie Voss
- Dave Walker - (Now with KCRA-TV and KQCA-TV; husband of former CNN alum Lois Hart)
- Lou Waters
- Ralph Wenge
- Liz Wickersham
- Mary Alice Williams - (Now with WCBS News Radio)
- Kelly Wallace - (Now a correspondent for CBS News)
- Judy Woodruff - (Bloomberg) and PBS
- Paula Zahn - (Resigned from the network July 24, 2007 [16])

# Bureaux

*Note: Boldface indicates that they are CNN's original bureaux, meaning they have been in operation since the network's founding.*

### United States



CNN bureau locations

- **Atlanta (Headquarters)**
- Boston
- **Chicago**
- **Dallas**
- Los Angeles
- Miami
- New Orleans
- **New York City**
- **San Francisco**
- Seattle, Washington
- **Washington, D.C.**



The "CNN Center" in Atlanta.

### Worldwide

- Amman, Jordan (small bureau)
- Athens, Greece (small bureau)
- Baghdad, Iraq
- Bangkok, Thailand
- Berlin, Germany
- Beijing, China
- Beirut, Lebanon
- Bogotá, Colombia (small bureau)
- Brussels, Belgium (small bureau)
- Buenos Aires, Argentina
- Cairo, Egypt
- Dubai, United Arab Emirates (large bureau)
- Frankfurt, Germany (small bureau)
- Havana, Cuba
- **Hong Kong, China** (Asian regional headquarters)
- Islamabad, Pakistan
- Istanbul, Turkey
- Jakarta, Indonesia
- Jerusalem, Israel
- Johannesburg, South Africa
- Lagos, Nigeria
- **London, United Kingdom** (European regional headquarters)
- Madrid, Spain
- Manila, Philippines (small bureau)
- Mexico City, Mexico
- Moscow, Russia
- Nairobi, Kenya (small bureau)
- New Delhi, India
- Rome, Italy
- Rio de Janeiro, Brazil (small bureau)
- São Paulo, Brazil (small bureau)
- Seoul, South Korea
- Tokyo, Japan

## Criticism and controversies

CNN has been accused of bias for allegedly promoting both a conservative and a liberal agenda based on previous incidents. It has also been accused of being slanted toward US interests when reporting on world conflicts and wars.[17] Critics such as LA Weekly say it is part of an alleged pro-war news media. CNN denies any bias.

As Fox News Channel continues to enjoy higher ratings than CNN[18], prominent former CNN personalities have come to criticise the network. Aaron Brown has said that with Fox being a very disciplined network, CNN has committed "huge mistakes" where he frames CNN as an "organisation that is trying to figure out if it can be all things to all people" where the network could ultimately "end up being none of them."[19] Bernard Shaw has expressed that he is "very very disappointed with the way the news management" has handled his favourite network. He suggests that CNN should avoid copying the style of Fox, letting the presenters express their opinions and instead just let the viewers decide their opinions of the issues.[20]

## See also

- News channel
- Breaking news
- CNN effect
- CNN-IBN An India News Channel
- List of DirecTV channels
- List of Dish Network channels

## References

1. ^ Reese Schonfeld Bio. (http://meandted.com/author.htm) (January 29, 2001) *MeAndTed.com*. Accessed 2007-06-18.
2. ^ Charles Bierbauer, CNN senior Washington correspondent, discusses his 19-year career at CNN. (http://cnn.com/COMMUNITY/transcripts/2000/5/8/bierbauer/) (May 8, 2000). *CNN.com*. Accessed 2007-06-18.
3. ^ The State of the News Media 2007 : Audience (http://www.stateofthenewsmedia.org/2007/narrative_cabletv_audience.asp?cat=3&media=6). Project for Excellence in Journalism. Retrieved on 2007-03-11.
4. ^ http://www.aim.org/media_monitor/A3962_0_2_0_C/
5. ^ http://www.mediaresearch.org/cyberalerts/1999/cyb19990217.asp
6. ^ *American Television News: The Media Marketplace and the Public Interest* by Steve Michael Barkin, M.E. Sharpe, 2003
7. ^ CNN.com (September 11, 2001) Available at archive.org (http://web.archive.org/web/20010911200318/http://www.cnn.com/). Accessed 2007-06-18.
8. ^ CNN live streaming website (http://www.cnn.com/video/live/live.html).
9. ^ "Gallup Polling Drops CNN After 'Low Ratings'". (March 21, 2006). *Drudge Report* Available at archive.org. (http://web.archive.org/web/20060516025142/http://www.drudgereport.com/flash2cnn.htm) Accessed 2007-06-18.
10. ^ http://www.mediabistro.com/tvnewser/cnn/default.asp
11. ^ http://www.turnerinfo.com/newsitem.aspx?P=CNN&CID01=e58c7533-da3d-4c3f-8501-3f034d409622
12. ^ http://www.turnerinfo.com/newsitem.aspx?P=CNN&CID01=09f454c7-3dd2-41dd-bc5a-de71dca28889
13. ^ http://www.cnn.com/CNN/Programs/presents/
14. ^ http://www.mediabistro.com/tvnewser/cnn/ap_after_paula_bc_before_campbell__64432.asp
15. ^ Rev. Jesse Jackson. (http://www.rainbowpush.org/about/revjackson.html) (October 2001). *RainbowPush.org*. Accessed 2007-06-18.
16. ^ http://www.mediabistro.com/tvnewser/cnn/paula_zahn_resigns_63672.asp#email

17. ^ CNN Exposed, cnnEXPOSED.com (http://cnnexposed.com/)
18. ^ Fox News Channel has viewers who view for longer periods of time. CNN has more viewers tune in during a given day
19. ^ Aaron Brown Talks About... "CNN's Struggle" & The Competition From Fox. TVNEWSER. 6 Jul 2007. (http://www.mediabistro.com/tvnewser/cnn/aaron_brown_talks_about_cnns_struggle_the_competition_from_
20. ^ Retired anchor Shaw laments effects of Fox on his beloved CNN. Chicago Sun-Times. 5 Jun 2007. (http://www.suntimes.com/business/feder/413792,CST-FIN-feder05.article)

# External links

- Official Site (http://us.cnn.com/)
- CNN International (http://edition.cnn.com/)

| | CNN programming [hide] |
|---|---|
| Weekday | *American Morning* | *CNN Newsroom* | *Your World Today* | *The Situation Room* | *Lou Dobbs Tonight* | *Larry King Live* | *Anderson Cooper 360°* |
| Weekend | *CNN Newsroom* | *CNN Special Investigations Unit* | *House Call* | *Open House* | *Your Money* | *Lou Dobbs This Week* | *This Week at War* | *Reliable Sources* | *Late Edition with Wolf Blitzer* |
| Former | *Business Morning* | *Capital Gang* | *CNN Daybreak* | *CNN Live Today* | *CNN Presents* | *Connie Chung Tonight* | *Crossfire* | *Inside Politics* | *NewsNight with Aaron Brown* | *Paula Zahn Now* | *People in the News* | *Sports Tonight* | *Style with Elsa Klensch* | *TalkBack Live* | *Wolf Blitzer Reports* |

| | Turner Broadcasting System (a subsidiary of Time Warner) [hide] |
|---|---|
| American TV Networks | Boomerang · Cartoon Network · Adult Swim · CNN Airport Network · Headline News · CNN · Turner Classic Movies · TNT (HD) · WTBS · TBS · Court TV · Accent Health | TBS HD | Cartoon Network HD | Adult Swim HD | **CNN HD** |
| Turner Broadcasting System Europe | Boomerang Spain · Boomerang UK · Cartoon Network UK · Cartoon Network TOO · Cartoonito · TCM UK · TCM 2 · TNT · |
| Other International TV Networks | Boomerang Australia · Boomerang Latin America · Cartoon Network Australia · CETV · CNN en Español · CNN International · CNN Türk · Fashion TV Latin America · HTV · I.Sat · Infinito · MuchMusic Latin America · Pogo · Retro · Space · TCM Classic Hollywood · TNT Latin America |
| Film and Television Studios | Cartoon Network Studios · Court TV Original Productions · TBS/TNT Orignals · Turner Entertainment · Williams Street |
| Internet Assets | Adult Swim Video · Bamzu · Cartoon Network Video · CNN.com · Court TV Extra · Crime Library · GameTap · The Smoking Gun · Super Deluxe · Toonami Jetstream (50%) · Very Funny Ads | Dramavision | TNT Overtime | Play On! | NASCAR.com | PGA.com | Court TV Broadband |
| Radio Assets | Court TV Radio · **CNN Radio** |

Retrieved from "http://en.wikipedia.org/wiki/CNN"

Categories: NPOV disputes | Articles with trivia sections from July 2007 | Articles to be expanded since February 2007 | All articles to be expanded | Articles lacking sources from June 2007 | All articles lacking sources | All articles with unsourced statements | Articles with unsourced statements since June 2007 | CNN | 24-hour television news channels | Television channels and stations established in 1980 | XM Satellite Radio channels | Sirius Satellite Radio channels | Digital only radio stations | American television networks | Companies based in Georgia (U.S. state) | Peabody Award winners | DuPont-

Columbia Award recipients

- This page was last modified 23:52, 23 August 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.