```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| iLOR, LLC, | ) |
| | ) |
|     Plaintiff, | ) Civil Action No. 5:07-109-JMH |
| | ) |
| v. | ) |
| | ) |
| GOOGLE, INC. | )       **ORDER** |
| | ) |
|     Defendant. | ) |
| | ) |

              **   **   **   **   **

On August 27, 2007, Plaintiff iLOR, LLC, filed a Motion for Preliminary Injunction in the above-referenced matter [Record No. 12].

**IT IS ORDERED** that said motion shall come on for hearing on **Monday, October 1, 2007,** at the hour of **1:30 p.m.** in Courtroom A, United States District Courthouse, Lexington, Kentucky, subject to the intervening orders of the Court.

This the 28th day of August, 2007.



**Signed By:**

*Joseph M. Hood*

**United States District Judge**