UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

*Electronically Filed*

| | |
|---|---|
| iLOR, LLC, | |
| Plaintiff, | Civil Action No. 5:07-cv-00109-JMH |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

## STIPULATION FOR ENLARGMENT OF TIME

Pursuant to Local Rule 7.1, IT IS HEREBY STIPULATED, by and between counsel, and subject to the approval of the Court, that the time for Defendant Google Inc. to answer, move or otherwise respond to Plaintiff's Amended Complaint is enlarged to on or before October 5, 2007.

Dated: August 29, 2007

    Frank E. Scherkenbach*
    Kurt L. Glitzenstein*
    Peter J. Kirk*
    Matthew J. Leary*
    **FISH & RICHARDSON, P.C.**
    225 Franklin Street
    Boston, MA 02110-2804
    Phone: (617) 542-2804
    Facsimile: (617) 542-8906

    (**Pro Hac Vice* Application to be filed)

    James R. Higgins, Jr. (KBA No. 31790)
    **MIDDLETON REUTLINGER, P.S.C.**
    2500 Brown & Williamson Tower
    Louisville, KY 40202-3410
    Phone: (502) 584-1135
    Facsimile: (502) 561-0442

    Attorneys for Google, Inc.
    By: *s/James R. Higgins, Jr.*

Dockets.Justia.com

David E. Schmit, Esq.
Susan Grogan Faller, Esq.
**Frost Brown Todd LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182
Telephone: 513-651-6985, Facsimile: 513-651-6981

Attorneys for iLOR, LLC
By:   *s/ David E. Schmit*