UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

*Electronically Filed*

| | |
|---|---|
| iLOR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Civil Action No. 5:07-cv-00109-JMH |

### ORDER

In consideration of the Stipulation between the parties regarding Defendant Google, Inc.'s time to answer, move, or otherwise respond to Plaintiff's Amended Complaint,

IT IS THEREFORE ORDERED that the time for Defendant Google, Inc. to answer, move or otherwise respond to the Amended Complaint be, and hereby it is, enlarged to on or before October 5, 2007.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge
Joseph M. Hood