Eastern District of Kentucky
**FILED**

AUG 30 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

*Electronically Filed*

iLOR, LLC,

Plaintiff,

v.

GOOGLE, INC.,

Defendant.

Civil Action No. 5:07-cv-00109-JMH

### ORDER

In consideration of the Stipulation between the parties regarding Defendant Google, Inc.'s time to answer, move, or otherwise respond to Plaintiff's Amended Complaint,

IT IS THEREFORE ORDERED that the time for Defendant Google, Inc. to answer, move or otherwise respond to the Amended Complaint be, and hereby it is, enlarged to on or before October 5, 2007.

SO ORDERED this 30th day of August, 2007.

_____
United States District Judge
Joseph M. Hood