UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| iLOR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CA No. 5:07-cv-00109-JMH |

## MOTION FOR LEAVE TO ADMIT
## NON-ADMITTED ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.2, James R. Higgins, Jr. moves the honorable Court for admission of Frank E. Scherkenbach, as attorney pro hac vice for Defendant, Google, Inc., in the above referenced case, and states as follows:

1. Frank E. Scherkenbach (Massachusetts Bar No. 653,819) is an attorney at Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110, Telephone: (617) 542-5070, email: scherkenbach@fr.com.

2. Pursuant to Local Rule 83.2, attached hereto are the following:

     a. Affidavit identifying the bar and courts to which Frank E. Scherkenbach is admitted and is a member in good standing, and written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3. Attorney James R. Higgins, Jr., who is a member in good standing of the bar of the United States District Court for the Eastern District of Kentucky will serve as local counsel for Defendant, Google, Inc., and be associated with this action.

WHEREFORE, in accordance with Local Rule 83.2, we respectfully request admission for Frank E. Scherkenbach to this Court as attorney pro hac vice for Defendant.

Dated: September 4, 2007                FISH & RICHARDSON P.C.

                                                     By: /s/ James R. Higgins, Jr.
                                                         James R. Higgins, Jr.
                                                         Middleton Reutlinger
                                                         2500 Brown & Williamson Tower
                                                        401 S. Fourth Street
                                                        Louisville, Kentucky 40202
                                                        Telephone: 502-584-1135
                                                        Facsimile: 502-561-0442
                                                Attorneys for Defendant
                                                Google, Inc.

21714178.doc