UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

iLOR, LLC,

        Plaintiff,

v.

GOOGLE, INC.,

        Defendant.

CA No. 5:07-cv-00109-JMH

### AFFIDAVIT AND WRITTEN CONSENT OF FRANK E. SCHERKENBACH IN SUPPORT OF MOTION FOR LEAVE TO ADMIT NON-ADMITTED ATTORNEY *PRO HAC VICE*

1. My name is Frank E. Scherkenbach and I am counsel with the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110. My telephone number is (617) 542-5070, and my facsimile number is (617) 542-8906.

2. I am a member of the bar of the Supreme Court of California (December 1989); the United States District Court for the Northern District of California (November 1991); the United States District Court for the Central District of California (December 1993); the United States Supreme Court (May 1995); the United States District Court for the Eastern District of California (November 1995); the Supreme Judicial Court of Massachusetts (May 2003); the United States District Court for the District of Massachusetts (May 2003) and the United States District Court for the District of Colorado (July 2003).

3. I am a member in good standing of each of the court listed above. I am not aware of any disciplinary actions pending against me in any jurisdiction, and I am not currently disbarred or suspended in any jurisdiction.

4. James R. Higgins, Jr. has moved the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, for my admission to practice before the Court *pro hac vice*, representing the Defendant, Google, Inc. in the above-referenced action.

5. I agree to be subject to the Jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

*/s/ Frank E. Scherkenbach*
Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
scherkenbach@fr.com

## COMMONWEALTH OF MASSACHUSETTS

On this 4th day of September 2007, the above named Frank E. Scherkenbach personally appeared before me and proved to me, through satisfactory evidence of identification, to be the person whose name is signed above.

*/s/ Suzanne C O'Neill*
My Commission Expires: 10/21/12

21714571.doc