UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| iLOR, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>       Defendant. | CA No. 5:07-cv-00109-JMH |

**[PROPOSED ORDER]**

On this date came to be considered the Defendant's Motion for Attorney Frank E. Scherkenbach, Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110 to appear *pro hac vice* in the above action. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Frank E. Scherkenbach be granted leave to appear before this Court *pro hac vice* for the purpose of representing Defendant, Google, Inc. in the above action.

Dated: _____

21716355.doc