UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| iLOR, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | CA No. 5:07-cv-00109-JMH |

**AFFIDAVIT AND WRITTEN CONSENT OF PETER J. KIRK
IN SUPPORT OF MOTION FOR LEAVE TO ADMIT
NON-ADMITTED ATTORNEY *PRO HAC VICE***

1.   My name is Peter J. Kirk and I am counsel with the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110.  My telephone number is (617) 542-5070, and my facsimile number is (617) 542-8906.

2.   I am a member of the bar of the Commonwealth of Massachusetts (June 2001) and am admitted to practice before the United States District Court for the District of Massachusetts (September 2001), the United States District Court for the District of New Hampshire (October 2001), and the United States Court of Appeals for the Federal Circuit (May 2006).

3.   I am a member in good standing of each of the court listed above.  I am not aware of any disciplinary actions pending against me in any jurisdiction, and I am not currently disbarred or suspended in any jurisdiction.

4.	James R. Higgins, Jr. has moved the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, for my admission to practice before the Court *pro hac vice*, representing the Defendant, Google, Inc. in the above-referenced action.

5.	I agree to be subject to the Jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

>	Peter J. Kirk
>	Fish & Richardon P.C.
>	225 Franklin Street
>	Boston, MA 02110
>	Telephone: (617) 542-5070
>	Facsimile: (617) 542-8906
>	Kirk@fr.com

## COMMONWEALTH OF MASSACHUSETTS

On this _____ day of August 2007, the above named Peter J. Kirk personally appeared before me and proved to me, through satisfactory evidence of identification, to be the person whose name is signed above.

My Commission Expires: _____