UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

iLOR, LLC,

        Plaintiff,

v.

GOOGLE, INC.,

        Defendant.

CA No. 5:07-cv-00109-JMH

**AFFIDAVIT AND WRITTEN CONSENT OF MATTHEW J. LEARY
IN SUPPORT OF MOTION FOR LEAVE TO ADMIT
NON-ADMITTED ATTORNEY *PRO HAC VICE***

    1.    My name is Matthew J. Leary and I am counsel with the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110. My telephone number is (617) 521-7061, and my facsimile number is (617) 542-8906.

    2.    I am a member of the bar of the Commonwealth of Massachusetts and am admitted to practice before the United States District Court for the District of Massachusetts (November 2006).

    3.    I am a member in good standing of each of the court listed above. I am not aware of any disciplinary actions pending against me in any jurisdiction, and I am not currently disbarred or suspended in any jurisdiction.

    4.    James R. Higgins, Jr. has moved the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, for my admission to practice before the Court *pro hac vice*, representing the Defendant, Google, Inc. in the above-referenced action.

Dockets.Justia.com

5.   I agree to be subject to the Jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

 

Matthew J. Leary  
Fish & Richardon P.C.  
225 Franklin Street  
Boston, MA 02110  
Telephone: (617) 542-5070  
Facsimile: (617) 542-8906  
Leary@fr.com

COMMONWEALTH OF MASSACHUSETTS

On this _____ day of August 2007, the above named Matthew J. Leary personally appeared before me and proved to me, through satisfactory evidence of identification, to be the person whose name is signed above.

My Commission Expires: _____