UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

iLOR, LLC,

      Plaintiff,

v.

GOOGLE, INC.,

      Defendant.

CA No. 5:07-cv-00109-JMH

### [PROPOSED ORDER]

On this date came to be considered the Defendant's Motion for Attorney Matthew J. Leary, Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110 to appear *pro hac vice* in the above action. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Matthew J. Leary be granted leave to appear before this Court *pro hac vice* for the purpose of representing Defendant, Google, Inc. in the above action.

Dated: _____

21721473.doc

Dockets.Justia.com