UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Eastern District of Kentucky
**FILED**
SEP 0 7 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

iLOR, LLC,

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.

CA No. 5:07-cv-00109-JMH

### ORDER

On this date came to be considered the Defendant's Motion for Attorney Peter J. Kirk, Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110 to appear *pro hac vice* in the above action. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Peter J. Kirk be granted leave to appear before this Court *pro hac vice* for the purpose of representing Defendant, Google, Inc. in the above action.

This the 7th day of September, 2007.

Joseph M. Hood, Chief Judge

21721470.doc