UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

iLOR, LLC,

        Plaintiff,

        v.

GOOGLE, INC.,

        Defendant.

Civil Action No. 5:07-cv-00109-JMH

**MOTION FOR LEAVE TO ADMIT
NON-ADMITTED ATTORNEY *PRO HAC VICE***

       Pursuant to Local Rule 83.2, James R. Higgins, Jr. moves the honorable Court for admission of Kurt L. Glitzenstein, as attorney pro hac vice for Defendant, Google, Inc., in the above referenced case, and states as follows:

       1.    Kurt L. Glitzenstein (Massachusetts Bar No. 649,685) is an attorney at Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110, Telephone: (617) 542-5070, email: glitzenstein@fr.com.

       2.    Pursuant to Local Rule 83.2, attached hereto are the following:

           a.    Affidavit identifying the bar and courts to which Kurt L. Glitzenstein is admitted and is a member in good standing, and written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

       3.    Attorney James R. Higgins, Jr., who is a member in good standing of the bar of the United States District Court for the Eastern District of Kentucky will serve as local counsel for Defendant, Google, Inc., and be associated with this action.

WHEREFORE, in accordance with Local Rule 83.2, we respectfully request admission for Kurt L. Glitzenstein to this Court as attorney pro hac vice for Defendant.

Dated:  September 11, 2007      FISH & RICHARDSON P.C.

By: /s/ James R. Higgins, Jr.
James R. Higgins, Jr.
Middleton Reutlinger
2500 Brown & Williamson Tower
401 S. Fourth Street
Louisville, Kentucky 40202
Telephone:  502-584-1135
Facsimile:   502-561-0442
Attorneys for Defendant
Google, Inc.

21713457.doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Susan Grogan Faller   sfaller@fbtlaw.com

James R. Higgins, Jr   jhiggins@middreut.com, cniemeier@middreut.com

David E. Schmit   dschmit@fbtlaw.com

Peter J. Kirk   kirk@fr.com

Matthew J. Leary   leary@fr.com

Frank E. Scherkenbach   scherkenbach@fr.com

                                                                                                _____