UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| iLOR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Civil Action No. 5:07-cv-00109-JMH |

**AFFIDAVIT AND WRITTEN CONSENT OF KURT L. GLITZENSTEIN
IN SUPPORT OF MOTION FOR LEAVE TO ADMIT
NON-ADMITTED ATTORNEY *PRO HAC VICE***

1. My name is Kurt L. Glitzenstein and I am counsel with the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110. My telephone number is (617) 542-5070, and my facsimile number is (617) 542-8906.

2. I am a member of the bar of the Commonwealth of Massachusetts and the Supreme Judicial Court of Massachusetts (January 1994), and am admitted to practice before the United States District Court for the District of Massachusetts (February 1995), the United States District Court for the District of Colorado (March 1997), the United States Court of Appeals for the Federal Circuit (July 1999), the United States Court of Appeals for the First Circuit (February 2000), the United States Supreme Court (April 2006), and the United States District Court for the District of Michigan (May 2007).

3. I am a member in good standing of each of the courts listed above. I am not aware of any disciplinary actions pending against me in any jurisdiction, and I am not currently disbarred or suspended in any jurisdiction.

4. James R. Higgins, Jr. has moved the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, for my admission to practice before the Court *pro hac vice*, representing the Defendant, Google, Inc. in the above-referenced action.

5. I agree to be subject to the Jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

Kurt L. Glitzenstein
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
glitzenstein@fr.com

COMMONWEALTH OF MASSACHUSETTS

On this 11th day of September 2007, the above named Kurt L. Glitzenstein personally appeared before me and proved to me, through satisfactory evidence of identification, to be the person whose name is signed above.

My Commission Expires: March 7, 2008

21713501.doc

**NANCY A. TUTTLE**
**NOTARY PUBLIC**
**MY COMM. EXPIRES MARCH 7, 2008**