AO 458 (Rev. 10/95)　Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY, CENTRAL DIVISION at LEXINGTON |

### APPEARANCE

Case Number:　**5:07cv00109-JMH**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**DEFENDANT, Google, Inc.**

I certify that I am admitted to practice in this court.

**September 13, 2007**
Date

Signature

**Brian P. McGraw**　　　　　　　　**90447**
Print Name　　　　　　　　　　　　　Bar Number
**MIDDLETON REUTLINGER**
**2500 Brown & Williamson Tower**
Address

**Louisville**　　**Kentucky**　　**40206**
City　　　　　　State　　　　Zip Code

**(502) 584-1135 email: bmcgraw@middreut.com (502)561-0442**
Phone Number　　　　　　　　　　　　　　Fax Number