# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| iLOR, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>       Defendant. | Civil Action No. 5:07-cv-00109-JMH |

**GOOGLE'S FIRST NOTICE OF DEPOSITION OF STEPHEN MANSFIELD
PURSUANT TO RULE 30(b)(1)**

PLEASE TAKE NOTICE THAT, pursuant to Rules 30(b)(1) of the Federal Rules of Civil Procedure, defendant Google, Inc. ("Google") by and through its counsel, shall take the deposition of Mr. Stephen Mansfield, at the Law Offices of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville KY 40202-3410, at a mutually agreeable time as coordinated between counsel for the parties, but after Plaintiff has produced the discovery requested in the attached Google's First Set of Requests for Production of Documents and Things (Nos. 1-17), and after Google has had a reasonable opportunity to inspect this discovery. The deposition will continue from day to day thereafter until completed. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony may be recorded by sound, sound-and-visual, or stenographic means. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: September 4, 2007

_____
Frank E. Scherkenbach
Kurt L. Glitzenstein
Peter J. Kirk
Matthew J. Leary
**Fish & Richardson, P.C.**
225 Franklin Street
Boston, MA  02110-2804
Phone:  (617) 542-2804
Facsimile:  (617) 542-8906

James R. Higgins, Jr. (KBA No. 31790)
Bradley E. Cunningham (KBA No. 89481)
**Middleton Reutlinger**
2500 Brown & Williamson Tower
Louisville, KY  40202-3410
Phone:  (502) 584-1135
Facsimile:  (502) 561-0442

Attorneys for Google, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing GOOGLE'S FIRST NOTICE OF DEPOSITION OF STEPHEN MANSFIELD PURSUANT TO RULE 30(b)(1) has been served via e-mail and Federal Express (overnight delivery) on September 4, 2007 on the following counsel of record:

| | |
|---|---|
| David E. Schmit, Esq.<br>Susan Grogan Faller, Esq.<br>**Frost Brown Todd LLC**<br>2200 PNC Center<br>201 E. Fifth Street<br>Cincinnati, OH 45202-4182<br>Telephone: 513-651-6985<br>Facsimile: 513-651-6981 | Attorneys for Defendant<br>iLOR, LLC |

_____
Peter J. Kirk

3