# EXHIBIT C

# FISH & RICHARDSON P.C.

|  |  |
|---|---|
| Frederick P. Fish<br>1855-1930 | 225 Franklin Street<br>Boston, Massachusetts<br>02110-2804 |
| W.K. Richardson<br>1859-1951 | Telephone<br>617 542-5070<br>Facsimile<br>617 542-8906<br>Web Site<br>www.fr.com |

**VIA FEDEX OVERNIGHT**

September 4, 2007

David E. Schmit, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: iLOR, LLC v. Google, Inc.
Our Ref.:   21238-004LL1

Dear Dave :

Following up on our earlier email exchanges regarding iLOR's motion for preliminary injunction, I enclose a targeted set of document requests as well as a deposition notice for Mr. Mansfield. Though we ask for responses to the document requests within two weeks, we would of course hope that iLOR would produce the documents, on a rolling basis if necessary, much sooner. As I have indicated, and as the deposition notice reflects, we will hold off on setting a specific date for Mr. Mansfield's deposition pending receipt and review of the documents.

Also, per document request number 17, we request an electronic copy of any product or service that iLOR contends practices (or practiced) any claim of the patent-in-suit. Perhaps iLOR could comply with this request in part by providing us with the ability to access remotely any existing and/or prior tools that iLOR contends practiced any claim of the '839 patent.

Let's talk later this week about a more concrete schedule, after you have reviewed the enclosed and talked to your client.

Very truly yours,

*Frank*

Frank E. Scherkenbach

FES/mhs

21726415.doc