# EXHIBIT D-1

| | |
|---|---|
| **From:** | Frank Scherkenbach |
| **Sent:** | Tuesday, September 04, 2007 10:05 AM |
| **To:** | Schmit, David E. |
| **Cc:** | Morriss, William S.; Schalnat, Ria Farrell; O'Brien, Tom; Kurt Glitzenstein; fes |
| **Subject:** | RE: ilor v. Google |

Thanks Dave. We will not use any extension stipulated to or granted in connection with the PI proceedings as a reason to deny the motion.

We will send you our proposed discovery shortly. Presently, I think the only deposition we need will be Mr. Mansfield's. Presuming we can get the documents in a reasonable period of time and that Mr. Mansfield is available reasonably promptly thereafter, I would hope we can get the briefing done and have the hearing by late October or early November -- i.e., an extension of only 30-45 days. We, too, would like to get this resolved sooner rather than later.

Frank


-----Original Message-----
From: Schmit, David E. [mailto:DSchmit@fbtlaw.com]
Sent: Tuesday, September 04, 2007 2:53 AM
To: Frank Scherkenbach
Cc: Morriss, William S.; Schalnat, Ria Farrell; O'Brien, Tom; Schmit, David E.
Subject: Re: ilor v. Google

Frank

We are willing to grant a reasonable extension provided Google does not raise delay as a reason for denying the preliminary injunction.

Dave
------------------------
Sent using BlackBerry


-----Original Message-----
From: Frank Scherkenbach <Scherkenbach@fr.com>
To: Schmit, David E.; Kurt Glitzenstein <Glitzenstein@fr.com>
CC: fes <fes>
Sent: Tue Aug 28 22:56:02 2007
Subject: RE: ilor v. Google

Dave:

# REDACTED

1

**REDACTED**

In any event, I have not looked at your motion or talked to my client about it but will do so. I understand that Mr. Mansfield signed a declaration in support, however, and that certain other allegations have been made that we would like to test through some discovery. I therefore trust we can work out by agreement that Google will be able to take Mr. Mansfield's deposition, a 30(b)(6) deposition on topics related to the motion, and of course receive relevant document discovery, all in advance of filing its opposition. Though the Court apparently automatically set the hearing for October 1, in view of our desire to take this discovery and given my schedule (I start a trial September 17) and Kurt's (he's on a family vacation until September 10), I hope you will be flexible in agreeing to move the hearing to late October or so.

Frank

---

From: Schmit, David E. [mailto:DSchmit@fbtlaw.com]
Sent: Monday, August 27, 2007 8:36 PM
To: Frank Scherkenbach; Kurt Glitzenstein
Cc: Schmit, David E.
Subject: ilor v. Google


Frank


**REDACTED**


Dave

---
NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.
---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed

herein.

------------------------------------------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------------------------------------------------------------------
NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
------------------------------------------------------------------