# EXHIBIT D-5

| | |
|---|---|
| **From:** | Faller, Susan Grogan [SFaller@fbtlaw.com] |
| **Sent:** | Wednesday, September 12, 2007 2:28 PM |
| **To:** | Kurt Glitzenstein |
| **Subject:** | Out of Office AutoReply: iLOR v. Google - issues re PI motion |

I am out of the country for a legal conference and travel, returning September 24. I will check blackberry and voicemail as often as I can. You may contact my assistant at 513-651-6959.

-------------------------------------------------------------------

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

-------------------------------------------------------------------