# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### at LEXINGTON

### *Electronically Filed*

iLOR, LLC,

        Plaintiff,

    v.

GOOGLE, INC.,

      Defendant.

Civil Action No. 5:07-cv-00109-JMH

## ORDER

In consideration of Defendant Google, Inc.'s September 13, 2007, Emergency Motion For (1) Expedited Discovery; (2) Extension Of Time To Oppose Plaintiff's Motion For Preliminary Injunction; (3) Stay Of Pending Response Time(s); And (4) To Continue Date For The Hearing On Plaintiff's Motion For Preliminary Injunction,

IT IS THEREFORE ORDERED that:

1. The Motion is GRANTED.

2. The present deadlines addressed in Google's Motion are stayed pending resolution of the Motion.

3. iLOR, LLC ("iLOR") is ordered to respond to Google's First Set of Requests for Production of Documents and Things (Nos. 1-17) no later than September 21, 2007.

ORDER GRANTING DEFENDANT GOOGLE INC.'S EMERGENCY MOTION FOR (1) EXPEDITED DISCOVERY; (2) EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; (3) STAY OF PENDING RESPONSE TIME(S); AND (4) TO CONTINUE DATE FOR THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Dockets.Justia.com

4.  iLOR is ordered to produce Stephen Mansfield for deposition by no later than September 28, 2007.

5.  The time for Google to respond to iLOR's Motion for Preliminary Injunction (Doc. No. 12) is extended to October 3, 2007.

6.  The date for the hearing on iLOR's Motion for Preliminary Injunction is continued to November 5, 2007.


SO ORDERED this _____ day of _____, 2007.




_____
United States District Judge
Joseph M. Hood




ORDER GRANTING DEFENDANT GOOGLE INC.'S EMERGENCY MOTION FOR (1) EXPEDITED DISCOVERY; (2) EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; (3) STAY OF PENDING RESPONSE TIME(S); AND (4) TO CONTINUE DATE FOR THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION