```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| iLOR, LLC, ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 5:07-109-JMH |
| ) | |
| v. ) | |
| ) | |
| GOOGLE, INC. ) | **JUDGMENT** |
| ) | |
|     Defendant. ) | |
| ) | |

          **   **   **   **   ****

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action be, and the same hereby is, **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE ACTIVE DOCKET.**

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT.**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY.**

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 30th day of November, 2007.



**Signed By:**

**_Joseph M. Hood_**

**Senior U.S. District Judge**