# United States Court of Appeals for the Federal Circuit

2008-1178

ILOR, LLC,

Plaintiff-Appellant,

v.

GOOGLE, INC.,

Defendant-Appellee.

**Eastern District of Kentucky**
**FILED**
JAN - 7 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

## Judgment

ON APPEAL from the   United States District Court
for the Eastern District of Kentucky

in CASE NO(S).   5:07-CV-109

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART AND DISMISSED-IN-PART.**

ENTERED BY ORDER OF THE COURT

DATED DEC 1 1 2008

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** JAN - 5 2009

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/5/09